ORIGINAL



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RICHARD MOORE, et al.

    Plaintiff,

v.

HALLIBURTON COMPANY, et al.

    Defendants.

Civil Action No. 3:02-CV-1152-N

**LEAD PLAINTIFF AMS FUND'S MOTION FOR ORDER TO SHOW CAUSE**

**COMES NOW** Lead Plaintiff the Archdiocese of Milwaukee Supporting Fund, Inc. ("AMS FUND") upon the annexed affidavits of Paula N. John, Esq., and Neil Rothstein, Esq., and the exhibits annexed thereto; all of the prior pleadings and proceedings had herein; and such other evidence as the Court may consider at the hearing on this motion, and moves this Court for entry of an order to show cause: whether Lead Counsel Schiffrin & Barroway, LLP, has violated Pretrial Order No. 1 and breached its fiduciary obligations to Lead Plaintiffs and the Class; whether that firm's client, Private Asset Management, should remain a Lead Plaintiff; whether that firm should remain Lead Counsel; and whether and to what extent the Class is bound by any prior unauthorized conduct.

DATED: June 13, 2003

Respectfully submitted,
PROVOST & UMPHREY LAW FIRM, LLP
JOE KENDALL
WILLIE C. BRISCOE

_____
WILLIE C. BRISCOE

3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

**Of Counsel:**

SCOTT + SCOTT, LLC
DAVID R. SCOTT
NEIL ROTHSTEIN
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: 860/537-3818
Facsimile: 860/537-4432

**Of Counsel**:

KILGORE & KILGORE PLLC
THEODORE C. ANDERSON
State Bar No. 01215700
3109 Carlisle
Dallas, TX 75204
Telephone: 214/969-9099
214/953-0583 (fax)

## CERTIFICATE OF CONFERENCE

Counsel has conferred with opposing counsel in a good faith attempt to resolve the matter without court intervention, however, counsel for certain defendants have indicated that they will not agree to this motion.

_____
Willie Briscoe

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record via certified mail, return receipt requested, and/or via U.S. Mil and/or via facsimile on this 13th day of June, 2003.

_____
Willie Briscoe