ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JUN 1 9 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

RICHARD MOORE, et al.

    Plaintiff,

v.

HALLIBURTON COMPANY, et al.:

    Defendants.

Civil Action No. 02-CV-1152-N

## LEAD PLAINTIFF PAUL T. BELNEC'S STATEMENT CONCERNING AMS FUND'S MOTION FOR ORDER TO SHOW CAUSE

Lead Plaintiff Paul T. Belnec by his counsel, Wolf Haldenstein Adler Freeman & Herz LLP, is in receipt of lead plaintiff AMS Fund's motion for order to show cause, dated June 13, 2003, with supporting materials. As the order to show cause is not signed by the court and no return date is assigned, Mr. Belnec by his counsel concludes that under applicable law, plaintiff Belnec should not respond at this time, absent direction from the court.

In the event the court signs the order to show cause, lead plaintiff Belnec will assess whether it is appropriate to respond at that time. Mr. Belnec notes, however, that AMS does not appear to seek any relief against Mr. Belnec nor the undersigned counsel. So our position is clear, however, nothing in this statement should be taken to imply that we join in the instant application or any of the comments contained therein.

Dated: June 18, 2003

        FEDERMAN & SHERWOOD

        By: /s/ William B. Federman
        William B. Federman TBA # 00794935
        Attorney In Charge
        120 North Robinson Avenue, Suite 2720
        Oklahoma City, OK 73102
        (405) 235-1560/Fax (405) 239-2112
        - and -
        2926 Maple Avenue, Suite 200
        Dallas, Texas 75201

        Gregory M. Nespole
        WOLF HALDENSTEIN ADLER
           FREEMAN & HERZ LLP
        270 Madison Avenue
        New York, New York 10016
        Telephone: (212) 545-4600
        Facsimile: (212) 545-4653

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of June, 2003, a true and correct copy of the above and foregoing was sent by U.S. Mail, with postage prepaid thereon, to all persons listed on the attached Service List.

_____
William B. Federman

## SERVICE LIST

Gregory Nespole
Thomas H. Burt
Wolf Haldenstein Adler Freeman
 & Herz, LLC
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Mary Jane Fait
Adam J. Levitt
Wolf Haldenstein Adler Freeman
 & Herz LLC
656 West Randolph Street
Suite 500W
Chicago, IL 60661

Richard A. Lockridge
Karen M. Hanson
Lockridge Grundal Nauen & Holstein
100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900

Charles J. Piven
Law Offices of Charles J. Piven
World Trade Center - Baltimore
401 E. Pratt St., Suite 2525
Baltimore, MD 21202
(410) 332-0030

Steven G. Schulman
Salvatore J. Graziano
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza, 49th Floor
New York NY 10119-0165
(212) 594-5300/Fax (212) 868-1229

Nadeem Faruqi
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016
(212) 983-9330

Thomas E. Bilek
Hoeffner Bilek & Eidman
440 Louisiana, Suite 720
Houston, TX 77002-1634
(713) 227-7720/Fax (713) 227-9404

Robert Schachter
Zwerling Schachter & Zwerling
767 Third Avenue
New York, NY 10017-2023
(212) 223-3900

William B. Federman
Federman & Sherwood
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560/Fax (405) 239-2112

Robert J. Dyer, III
Kip B. Shuman
Jeffrey A. Berens
Trig R. Smith
Dyer & Shuman, LLP
801 E. 17th Avenue
Denver, CO 80218
(303) 861-3003/Fax (303) 830-6920

THE NYGAARD LAW FIRM
Diane A. Nygaard
Two Emanuel Cleaver II Blvd.
Suite 150
Kansas City, MO 64112
(816) 531-3100/Fax (816) 531-3600

Brian M. Felgoise
Law Office of Brian M. Felgoise
230 S. Broad Street, Suite 404
Philadelphia, PA 19102
(215) 735-6810 (215) 735-5185

Alfred G. Yates, Jr.
Law Office of Alfred G. Yates
Allegheny Building
429 Forbes Avenue, Suite 519
Pittsburgh, PA 15219
(412) 391-5164/Fax (412) 471-1033

Steven E. Cauley
Scott E. Poynter
Cauley Geller Bowman & Coates
P. O. Box 25438
Little Rock, AR 72221-5438
(501) 312-8500/Fax (501) 312-8505

Paul J. Geller
Cauley Geller Bowman & Coates
One Boca Place
2255 Glades Road, Suite 421A
Boca Raton, FL 33431
(561) 750-3000 (561) 750-3364

Brian Murray
Rabin & Peckel
275 Madison Avenue, 34th Floor
New York, NY 10016
(212) 682-1818/Fax (212) 682-1892

Marc R. Stanley
Roger L. Mandel
Martin D. H. Woodward
Stanley Mandel & Iola
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
(214) 443-4300/Fax (214) 443-0358

Leo W. Desmond
Law Office of Leo W. Desmond
2161 Palm Beach Lakes Blvd., Suite 204
West Palm Beach, FL 33409
(561) 712-8000

Theodore Carl Anderson, III
Kilgore & Kilgore
3131 McKinney Ave.
Suite 700, LBJ 103
Dallas, TX 75204
(214) 969-9099/Fax (214) 953-0133

Stanley M. Grossman
Marc I. Gross
Pomerantz Haudek Block Grossman
& Gross
100 Park Avenue, 26th Floor
New York, NY 10017-5516
(212) 661-1100/Fax (212) 661-8665

Patrick V. Dahlstrom
Pomerantz Haudek Block Grossman
& Gross
One N. LaSalle St., Suite 2225
Chicago, IL 60602-3908
(312) 377-1181

Richard J. Vita
Law Office of Richard J. Vita
77 Franklin St., Suite 300
Boston, MA 02110
(617) 426-6566

Andrew L. Barroway
Stuart L. Berman
Darren J. Check
Schiffrin & Barroway
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706/Fax (610) 667-7056

John Emerson, Jr.
The Emerson Law Firm
830 Apollo Lane
Houston, TX 77058
(281) 488-8854/Fax (281) 488-8867

Donald E. Godwin, G. Michael Gruber
Brian N. Hail, Michael K. Hurst
Godwin Gruber
1201 Elm Street, Suite 1700
Dallas, TX 75270-2084
(214) 939-4400/Fax (214) 760-7332

Richard J. Zook
Cunningham Darlow
600 Travis, Suite 1700
Houston, TX 77002
(713) 659-5522/Fax (713) 659-4466

David R. Scott
Scott & Scott, LLC
P. O. Box 192
Colchester, CT 06415
(860) 537-5537/Fax (860) 537-4432

Corey D. Holzer
Holzer & Holzer
6135 Barfield Road, Suite 102
Atlanta, GA 30328
(404) 847-0085/Fax (404) 847-0036

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
(610) 660-8000/Fax (610) 660-8080

Paul J. Scarlato
Weinstein Kitchenoff Scarlato & Goldman
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut Street, Suite 1000
Philadelphia, PA 19103
(215) 732-6067/Fax (215) 732-8060

John H. Mathias, Jr.
David Michael Kroeger
John P. Wolfsmith
Jenner & Block
One IBM Plaza, Suite 4400
Chicago, IL 60611
(312) 222-9350

Ronald Stevens
Kirkpatrick & Lockhart
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, CA 90067
(310) 552-5000/Fax (310) 552-500
(215) 545-7200/FAX (215) 545-6535

Lindsey C. Cummings
Lea F. Courington
Gwinn & Roby
4100 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 698-4100/Fax (214) 747-2904

Timothy R. McCormick
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201
(214) 969-1700/Fax (214) 969-1751

Scott B. Schreiber
Ronald A. Schechter
Elissa J. Preheim
Arnold & Porter
555 Twelfth Street, NW
Washington, D.C. 20004-1206
(202) 952-5000/Fax (202) 942-5999

Robert Edwin Davis
Hughes & Luce, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
(214) 939-5500/Fax (214) 939-5849

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230/Fax (212) 490-20