ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD MOORE, et al. | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 02–CV-1152-N |
| | : THIS DOCUMENT RELATES TO: |
| HALLIBURTON COMPANY, et al. | : All Actions |
| Defendants. | : |

### DECLARATION OF JOHN C. SHERWOOD IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO AMS FUND'S MOTION FOR ORDER TO SHOW CAUSE

I, John C. Sherwood, hereby declare under penalty of perjury this 3rd day of July, 2003, as follows:

1. I am an attorney and member of Federman & Sherwood, Co-Liaison Counsel for the Class in the above-captioned consolidated action. I submit this Declaration in Support of the Memorandum of Law In Opposition To AMS Fund's Motion For Order To Show Cause.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Marc I. Willner In Support Of Memorandum Of Law In Opposition To AMS Fund's Motion For Order To Show Cause.

I hereby declare under penalty of perjury that the foregoing is true and correct.

JOHN C. SHERWOOD