

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD MOORE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HALLIBURTON COMPANY, et al.<br><br>Defendants. | Case No. 02-CV1152-N<br><br>3:02-cv-1152-N<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

### DEFENDANTS' STATEMENT REGARDING PLAINTIFF AMS FUND'S MOTION FOR ORDER TO SHOW CAUSE

COMES NOW, Defendants Halliburton Company ("Halliburton"), David Lesar, Douglas Forshee, Gary V. Morris and Robert Charles Muchmore and file Defendants' Statement Regarding Plaintiff AMS Fund's Motion for Order to Show Cause. Defendants are in receipt of Lead Plaintiff AMS Fund's Motion for Order to Show Cause, filed June 13, 2003 (the "OSC Motion") and AMSF's two opposition motions filed on June 11, 2003 and June 25, 2003. Defendants note that the court has not issued an order to show cause, and the Court has set no return date. Moreover, Defendants are unable to locate any procedural authority supporting the OSC Motion. For these reasons, Defendants will not respond to the OSC Motion on the merits at this time, absent a request for briefing from the Court.

The OSC Motion and the related opposition motions between AMSF and the other Lead Plaintiffs pertain solely to internal disputes between the respective Lead Plaintiffs over the exchange of information among themselves, and do not, and should not, affect the global settlement already reached between Plaintiffs and Defendants. Without discussing the merits of the AMSF motions, Defendants unalterably are opposed to any effort by AMS Fund – or any other party – to avoid the terms of the global settlement already reached in this matter. In fact, if necessary, Defendants will file a motion to enforce the parties' settlement agreement. Further,

1

LA-50893 v1 0222360-0905

Defendants are opposed to any request for relief by AMSF that seeks to stay the proceedings in this action. (See AMSF Opposition Motion filed June 25, 2003).

Pretrial Order No. 1, dated December 5, 2002, specifically provides that Plaintiffs' Lead Counsel, Schiffrin & Barroway in this matter, "*shall have authority over* the following matters on behalf of all plaintiffs...(g) *the timing and substance of any settlement negotiations* with defendants; and (h) other matters concerning the prosecution of or resolution of their respective cases." See Pretrial Order No. 1, ¶ 15 (emphasis added). The order provides that Plaintiffs' Lead Counsel shall also have authority to communicate with Defendant's counsel and the court on behalf of all plaintiffs. (Pretrial Order No. 1, ¶ 17). Further, Defendants' counsel may rely on all agreements made with Plaintiffs' Lead Counsel, and such agreements shall be binding on all those counsel in those respective actions. (Pretrial Order No. 1, ¶ 17). Indeed, Defendants negotiated a settlement in good faith relying on the representations and authority of Plaintiffs' Lead Counsel. The Court should therefore reject AMS Fund's present efforts to prevent the settlement from going forward due to an internal disagreement with its Lead Counsel. AMS Fund may at the appropriate time, of course, file a formal opposition to the parties' settlement agreement and can ultimately opt out of the settlement.

To the extent the Court requires briefing on the issues raised in the OSC Motion and related opposition motions, Defendants respectfully request the opportunity to file a response on the merits.

Respectfully submitted,

Dated: July 3, 2003

**GODWIN GRUBER, LLP**

_____
Donald E. Godwin, Esq.
State Bar No.08056500
Marcos G. Ronquillo, Esq.
State Bar No. 17226000
Jose L. Gonzalez, Esq.
State Bar No. 018129100

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2081
Telephone No. (214) 939-4400
Facsimile No. (214) 760-7332

ATTORNEYS FOR DEFENDANT,
DAVID LESAR

**KIRKPATRICK & LOCKHART, L.L.P.**

DATE: 7/3/03   By: /s/ Ronald W. Stevens by permission
Ronald W. Stevens, Esq.
Colm A. Moran, Esq.

10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, CA 90067
Telephone No. (310) 552-5000
Facsimile No. (310) 552-5001

ATTORNEYS FOR DEFENDANT,
HALLIBURTON COMPANY

**THOMPSON & KNIGHT LLP**

DATE: 7/3/03   By: /s/ Timothy McCormick by permission
Timothy R. McCormick, Esq.
State Bar No. 13463500
1700 Pacific Avenue
Suite 3300
Dallas, Texas 75201
Telephone No.: (214) 969-1700
Facsimile No.: (214) 969-1751

COUNSEL FOR DEFENDANT,
GARY V. MORRIS

HUGHES & LUCE LLP

DATE: _____7/3/03_____   By: _Robert Davis by permission_ *[signature]*
Robert Edwin Davis, Esq.
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone: (214) 939-5500
Facsimile: (214) 939-5849

COUNSEL FOR DOUGLAS L. FOSHEE
AND R. CHARLES MUCHMORE, JR.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of July 2003, a true and correct copy of the above and foregoing was sent by U.S. Mail, with postage prepaid thereon, to all persons listed on the attached service list.

Richard Schiffrin, Esq.
Marc Wilner, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

William Federman, Esq.
Federman & Sherwood
2926 Maple Avenue, Suite 200
Dallas, Texas 75201

John Emerson, Jr., Esq.
The Emerson Firm
830 Apollo Lane
Houston, Texas 77058

James Bullock, Esq.
Halliburton
Five Houston Center
1401 McKinney, Suite 2400
Houston, Texas 77010-4035

Jules Brody, Esq.
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

David Scott, Esq.
Scott & Scott, LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415

Gregory Nespole, Esq.
Wolf Haldenstein Adler
Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016

_____
Jose L. Gonzalez