**MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

ORIGINAL

PLACE <u>DALLAS DIVISION</u>      JUDGE <u>DAVID C. GODBEY</u>

DATE <u>August 25, 2003</u>    COURT REPORTERS <u>LINDA ROBBINS</u>

COURTROOM DEPUTY <u>CARLA JOHNSON</u>     COURT TIME <u>1 Hour</u>

CSO <u>RAY URBAN</u>

AUG 25
CLERK, U.S. DISTRICT COURT
By _____
Deputy

### CIVIL ACTION

| TIME | CASE # & STYLE | TYPE OF HRG & RESULTS | ATTYS. |
|---|---|---|---|
| 3:00 p.m. | 3:02-CV-1152-N<br>Richard Moore, et al. v.<br>Halliburton Company, et al.,. | Show Cause Motion Hearing | P- Bill Federman<br>   Marc Willner<br>   Richard Schiffrin<br>   Ted Anderson<br>   David Scott<br>   Willie Briscoe<br>   Fred. Isquith<br>   Jules Brody<br>D- Marcos Ronquillo<br>   Jose L. Gonzalez<br>   Ron Stevens |
| | | Plaintiff AMS's Motion for show is denied without prejudice | |
| 4:10 p.m. | | Court Adjourned | |

**OVER...**