ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 4 2005
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD MOORE, On Behalf of Himself and All Others Similarly Situated, et al., | § § § | Civil Action No. 3:02-CV-1152-M |
| | § | <u>CLASS ACTION</u> |
| Plaintiffs, | § § | |
| vs. | § § | |
| HALLIBURTON COMPANY, et al., | § § | |
| Defendants. | § § § | |

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION TO INTERVENE**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that plaintiffs Laborers National Pension Fund, Plumbers and Pipefitters National Pension Fund and the City of Dearborn Heights Act 345 Police & Fire Retirement System hereby moves this Court for an order permitting them to file a motion to intervene as named plaintiffs in this action.

This motion is based upon this Notice of Motion and Motion for Leave to File Motion to Intervene, the Memorandum of Points and Authorities in Support of Motion for Leave to File Motion to Intervene, the pleadings and records on file in this case, and such other matters as the Court may consider.

DATED: January 24, 2005

PROVOST & UMPHREY LAW FIRM, LLP
JOE KENDALL
State Bar No. 11260700
WILLIE C. BRISCOE
State Bar No. 24001788

*/s/ Joe Kendall*
JOE KENDALL

3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

Liaison Counsel for Plaintiffs-in-Intervention

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DAVID C. WALTON
MICHELLE M. CICCARELLI
ANDREW J. BROWN
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs-in-Intervention

## DECLARATION OF SERVICE BY UPS DELIVERY

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1600, San Diego, California 92101.

2. That on January 24, 2005, declarant served by UPS, next day delivery, the **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION TO INTERVENE** to the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January, 2005, at San Diego, California.

*/s/ Bonnie M. Naiditch*
BONNIE M. NAIDITCH

## HALLIBURTON SERVICE LIST

Arthur L. Shingler, III*
SCOTT + SCOTT, LLC
401 B Street, Ste. 307
San Diego, CA 92101
Fax: 619/233-0508

John Emerson, Jr.
THE EMERSON FIRM
830 Apollo Lane
Houston, TX 77058
Fax: 281/488-8867

Richard Schiffrin
Marc Wilner
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Ste. 400
Bala Cynwood, PA 19004
Fax: 610/667-7056

Jules Brody
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017
Fax: 212/490-2022

Timothy R. McCormick
THOMPSON & KNIGHT
1700 Pacific Ave., Ste. 3300
Dallas, TX 75201
Fax: 214/969-1751

Mr. Gregory Nespole
WOLD HALDENSTEIN ADLER
FREEMAN & HERZ
270 Madison Avenue
New York, NY 10016
Fax: 212/686-0114

William Federman
FEDERMAN & SHERWOOD
2926 Maple Avenue, Ste. 200
Dallas, TX 75201
Fax: 214/740-0112

Marcos G. Ronquillo
Jose L. Gonzales
GODWIN GRUBER
Renaissance Tower
1201 Elm Street, Ste. 1700
Dallas, TX 75270
Fax: 214/760-7332

Robert Edwin David
HUGHES & LUCE
1717 Main Street, Ste. 2800
Dallas, TX 75201
Fax: 214/939-5849

Ronald Stevens
KIRKPATRICK & LOCKHART
10100 Santa Monica Blvd.
Seventh Floor
Los Angeles, CA 90067
Fax: 310/552-5001

Robb Voyles
BAKER BOTTS, LLP
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039
Fax: 512/322-8326

Rod Phelan
Samara L. Kline
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, TX 75201-2980
Fax: 214/953-6501

Fred Isquith  
WOLF HALDENSTEIN ADLER FREEMAN  
& HERTZ, LLC  
270 Madison Avenue  
New York, NY 10016  
(212) 545-4600

Theodore Carl Anderson, III  
KILGORE & KILGORE PLLC  
3109 Carlisle  
Dallas, TX 75204  
Telephone: 214/969-9099  
214/953-0583 (fax)

Craig Walker  
WalkerLaw LLP  
3196 High Ridge Road  
Stamford, CT 06903

Gary V. McGowan  
1 Riverway, Ste. 2070  
Houston, TX 77056  
Telephone: 713/552-1855  
713/552-1859

J. Lawrence Irving*  
Butz Dunn DeSantis & Bingham,  
101 West Broadway, Suite 1700  
San Diego, California 92101  
Fax: 619/702-6093

* Service via hand delivery