Case 3:02-cv-01152-M Document 168 Filed 03/04/05 Page 1 of 5 PageID 2052

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 4 2005

CLERK, U.S. DISTRICT COURT
by _____ Deputy

w/M w/o

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD MOORE, et al. | : | |
| Plaintiff, | : | Civil Action No.: 02-CV-1152-M |
| ORIGINAL | : | THIS DOCUMENT RELATES TO: |
| | : | All Actions |
| HALLIBURTON COMPANY, et al. | : | |
| Defendants. | : | |

**UNOPPOSED MOTION SEEKING COURT AUTHORITY FOR PAUL T. BENEC
TO WITHDRAW AS LEAD PLAINTIFF AND
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
TO WITHDRAW AS EXECUTIVE COMMITTEE MEMBER**

Upon the supporting declaration of Gregory M. Nespole, Esq., dated March 1, 2005, Paul J. Benec, Court appointed lead plaintiff in this action, respectfully submits this unopposed motion seeking the Court's permission to withdraw from this action as lead plaintiff and the law firm of Wolf Haldenstein Adler Freeman & Herz LLP hereby seeks permission to withdraw as a member of this action's executive committee of plaintiffs' counsel.

Dated: March 1, 2005

FEDERMAN & SHERWOOD

William B. Federman (State Bar No. 00794935)
2926 Maple Avenue, Suite 200
Dallas, TX 75201

and

120 North Robinson, Suite 2720
Oklahoma City, OK 73102

\393809

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

_____
Gregory M. Nespole, Esq.
270 Madison Avenue
New York, NY 10016

**Executive Committee Member**

## CERTIFICATE OF CONFERENCE

Wolf Haldenstein Adler Freeman & Herz LLP conferred with Defendants' counsel and has been advised that Defendants do not oppose this Motion. Lead Plaintiff, AMS Fund, by and through its counsel, Scott + Scott, and Laborers National Pension Fund and Plumbers & Pipefitters National Pension Fund, proposed intervenors, through proposed intervening counsel, Lerach Coughlin Stoia Geller Rudman & Robbins, LLP, do not oppose this Motion.

GREGORY M. NESPOLE, ESQ.

\394290

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of March, 2005, a true and correct copy of the above and foregoing was sent by Overnight Mail with postage prepaid thereon, to all persons listed on the attached Service List.

_____
William B. Federman

Gregory Nespole Thomas H. Burt
Wolf Haldenstein Adler Freeman
& Herz, LLC
270 Madison Avenue
New York, NY 10016
(212) 545-4600/Fax (212) 545-4653

William B. Federman
Federman & Sherwood
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560/Fax (405) 239-2112

Theodore Carl Anderson, III
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204
(214) 969-9099/Fax (214) 953-0133

Richard Schiffrin
Marc Willner
Schiffrin & Barroway
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706/Fax (610) 667-7056

John Emerson, Jr.
Emerson & Poynter
2228 Cottondale Lane, Suite 100
Little Rock, Arkansas 72202
(501) 907-2555/Fax (501) 907-2556

Donald E. Godwin, G. Michael Gruber
Godwin Gruber
1201 Elm Street, Suite 1700
Dallas, TX 75270-2084
(214) 939-4400/Fax (214) 760-7332

David R. Scott
Arthur L. Shingler III
Scott & Scott, LLC
P. O. Box 192
Colchester, CT 06415
(860) 537-5537/Fax (860) 537-4432
Ronald Stevens

Kirkpatrick & Lockhart
10100 Santa Monica Boulevard, 7th Fl
Los Angeles, CA 90067
(310) 552-5000/Fax (310) 552-500
(215) 545-7200/FAX (215) 545-6535

Timothy R. McCormick
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201
(214) 969-1700/Fax (214) 969-1751

Robert Edwin Davis
Hughes & Luce, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
(214) 939-5500/Fax (214) 939-5849

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230/Fax (212) 490-2022

William Lerach
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101

Samuel H. Rudman
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Craig M. Walker
Walker Law, LLP
P.O. Box 19
Pound Ridge, NY 10576

J. Lawrence Irving
Butz Dunn Desantis & Bingham
101 West Broadway, Suite 1700
San Diego, CA 92101

Robb Voyles
Baker Botts, LLP
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039

Rod Phelan
Samara L. Kline
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX 75201-2980