UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
MAR - 4 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| RICHARD MOORE, et al.<br><br>Plaintiff<br><br>v.<br><br>HALLIBURTON COMPANY, et al.<br><br>Defendants. | Civil Action No.: 02-CV-1152-M<br>THIS DOCUMENT RELATES TO:<br>All Actions |

ORIGINAL

### DECLARATION OF GREGORY M. NESPOLE, ESQ. IN SUPPORT OF UNOPPOSED MOTION SEEKING COURT AUTHORITY FOR PAUL T. BENEC TO WITHDRAW AS LEAD PLAINTIFF AND WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP TO WITHDRAW AS EXECUTIVE COMMITTEE MEMBER

I, GREGORY M. NESPOLE, ESQ., have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify to the following:

1. I am a partner with the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, counsel to lead plaintiff Paul T. Benec; my firm is also a member of this action's court-appointed Executive Committee. I offer this declaration in support of Mr. Benec's unopposed motion to withdraw as lead plaintiff and my firm's application to withdraw as a member of the action's executive committee.

2. In the Spring of 2003 my firm was informed by Richard Schiffrin that he had negotiated a proposed settlement with Defendants for $6 Million. I conveyed that information to Mr. Benec. Based upon the information available at the time, we and Mr. Benec believed that the proposed settlement was in the best interest of the Class.

3. On September 9, 2004, this Court rejected that settlement. I conveyed that information and a copy of the Court's Opinion to Mr. Benec.

\394159.v2

4. Following rejection of the settlement, at the Court's urging, the parties engaged in a good faith mediation to see if the case could then be settled. The mediation was unsuccessful. Thereafter, we were informed that Mr. Schiffrin's firm was withdrawing from the case. We subsequently received motion papers to that effect.

5. On or about January 12, 2005, I received notice that the Laborers National Pension Fund and The Plumbers and Pipefitters National Pension Fund, with the concurrence of the Scott & Scott firm, were seeking permission to intervene. In support of their application to intervene, those Plaintiffs submitted a draft Complaint in Intervention setting forth the proposed intervenors' claims. I was also informed that Scott & Scott was proposing to adopt the intervenors' complaint.

6. I sent a copy of those papers to Mr. Benec and advised him that the Scott & Scott firm intended to adopt this proposed pleading.

7. Following our discussions and his review of the pleading, Mr. Benec informed me that in light of everything that had occurred and because of the proposed new pleading, he wished to withdraw as a lead plaintiff. Mr. Benec said he was not comfortable with the new allegations, nor was he comfortable with the proposed addition of a new Defendant, and was not comfortable with the direction the action was taking. Accordingly, Mr. Benec directed me to seek permission to withdraw as a lead plaintiff.

8. Given Mr. Benec's decision to withdraw, I believe it is also in the best interest of the Class that my firm withdraw as an executive committee member. Neither the Class nor Defendants can be prejudiced by our withdrawal.

I declare under the penalty of perjury that the foregoing is true and accountable.

Dated: March 1, 2005

                                                                                  GREGORY M. NESPOLE, ESQ.

\394159.v2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of March, 2005, a true and correct copy of the above and foregoing was sent by Overnight Mail with postage prepaid thereon, to all persons listed on the attached Service List.

William B. Federman

Gregory Nespole Thomas H. Burt
Wolf Haldenstein Adler Freeman
 & Herz, LLC
270 Madison Avenue
New York, NY 10016
(212) 545-4600/Fax (212) 545-4653

William B. Federman
Federman & Sherwood
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560/Fax (405) 239-2112

Theodore Carl Anderson, III
Kilgore & Kilgore
3109 Carlisle
Dallas, TX 75204
(214) 969-9099/Fax (214) 953-0133

Richard Schiffrin
Marc Willner
Schiffrin & Barroway
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706/Fax (610) 667-7056

John Emerson, Jr.
Emerson & Poynter
2228 Cottondale Lane, Suite 100
Little Rock, Arkansas 72202
(501) 907-2555/Fax (501) 907-2556

Donald E. Godwin, G. Michael Gruber
Godwin Gruber
1201 Elm Street, Suite 1700
Dallas, TX 75270-2084
(214) 939-4400/Fax (214) 760-7332

David R. Scott
Arthur L. Shingler III
Scott & Scott, LLC
P. O. Box 192
Colchester, CT 06415
(860) 537-5537/Fax (860) 537-4432
Ronald Stevens

Kirkpatrick & Lockhart
10100 Santa Monica Boulevard, 7th Fl
Los Angeles, CA 90067
(310) 552-5000/Fax (310) 552-500
(215) 545-7200/FAX (215) 545-6535

Timothy R. McCormick
Thompson & Knight, LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201
(214) 969-1700/Fax (214) 969-1751

Robert Edwin Davis
Hughes & Luce, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
(214) 939-5500/Fax (214) 939-5849

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230/Fax (212) 490-2022

William Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101

Samuel H. Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Craig M. Walker
Walker Law, LLP
P.O. Box 19
Pound Ridge, NY 10576

J. Lawrence Irving
Butz Dunn Desantis & Bingham
101 West Broadway, Suite 1700
San Diego, CA 92101

Robb Voyles
Baker Botts, LLP
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039

Rod Phelan
Samara L. Kline
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX 75201-2980