ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 8 2005
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| RICHARD MOORE, *et al.*, <br> Plaintiffs, | § <br> § <br> § |
| v. | §    Civil Action 3:02-CV-1152-M |
| HALLIBURTON COMPANY, *et al.*, <br> Defendants. | § <br> § <br> § <br> § |

## ORDER

Before the Court is the "Motion for Leave to File Motion to Intervene" of the Laborers National Pension Fund, Plumbers and Pipefitters National Pension Fund, and the City of Dearborn Heights Act 345 Police & Fire Retirement System, filed on January 24, 2005. The Court **GRANTS** the Motion and directs the Clerk to file the Motion to Intervene.

**SO ORDERED.**

March 8, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS