IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| RICHARD MOORE, et al., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action 3:02-CV-1152-M |
| HALLIBURTON COMPANY, et al., | § | |
| Defendants. | § | |

## ORDER

Before the Court are the Motion to Intervene of the Laborers National Pension Fund, Plumbers and Pipefitters National Pension Fund, City of Dearborn Heights Act 345 Police & Fire Retirement System ("Proposed Intervenors"), and the Proposed Intervenors' Request for Leave to File a Reply [#170]. The Court finds that the Reply was timely tendered and **GRANTS** the Motion for Leave. The Court further **GRANTS** the Motion to Intervene.

Also before the Court is Class Member Ben Alan Murphey's ("Murphey") Motion for Leave [#105]. Murphey's Motion is **GRANTED** with respect to his request to file a Complaint ("Murphey Complaint"), and **DENIED** in all other respects, without prejudice to the legal positions raised in the Motion being asserted at a later date. The Clerk is directed to file the Federal Securities Class Action Complaint-in-Intervention ("Intervenor Complaint"), Proposed Intervenor's Reply, and the Murphey Complaint.

The Defendants are not required to answer or otherwise respond to the Intervenor Complaint or the Murphey Complaint. The Court will determine which Complaint will be that on which the parties will proceed, at the previously scheduled April 29, 2005 Hearing ("Hearing"). All previously filed Motions to Dismiss are hereby **DISMISSED** as moot [ #84,

#85, #89, and #90]. At the Hearing, the parties should be prepared to discuss a briefing schedule for Motions to Dismiss.

Also before the Court are the Motion for Modification of Lead Plaintiff and Lead Counsel Appointment [#166] filed by Lead Plaintiff Archdiocese of Milwaukee Supporting Fund, Inc. ("AMSF"), and Lead Plaintiff Paul T. Benec's Motion to Withdraw as Lead Plaintiff and to Withdraw His Counsel as an Executive Committee Member [#168]. Mr. Benec's Motion is **GRANTED**. Those parties who wish to do so should be prepared to present arguments on AMSF's Motion at the Hearing.

**SO ORDERED.**

March 9, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS