IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD MOORE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:02-CV-1152-M |
| | § | |
| HALLIBURTON COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court are the Unopposed Motion to Withdraw [#160] of Private Asset Management, AMS Fund's Motion for Modification of Lead Plaintiff and Lead Counsel Appointments [#166], and Patricia Magruder's Motion for Leave to Intervene [#186]. For the reasons stated at the April 29, 2005 hearing, the Motion to Withdraw and the Motion for Modification of Lead Counsel and Lead Plaintiff Appointments are **GRANTED**, and the Motion for Leave to Intervene is **DENIED**.

Schiffrin & Barroway, Private Asset Management, and Gabriel T. Forrest are hereby removed from their positions as Lead Counsel and Lead Plaintiffs. AMS Fund is the only Lead Plaintiff remaining in this action. At its request and with the Court's approval, Scott + Scott and Lerach Coughlin Stoia Geller Rudman & Robbins LLP are appointed co-Lead Counsel.

The Court's December 6, 2002 Order [#22] is hereby set aside. If there are matters in that Order which Lead Plaintiff and Defendants desire to be further addressed, the parties shall confer and file a proposed Order by **May 16, 2005.**

By **May 9, 2005**, Lead Plaintiff may file a Third Amended Consolidated Class Complaint ("Complaint"). This Complaint shall be, at most, no more than five pages longer than the

Complaint in Intervention filed by the Intervenors Laborers National Pension Fund, Plumbers and Pipefitters National Pension Fund, and City of Dearborn Heights Act 345 Police & Fire Retirement System. The Complaint shall be styled with the name of the Lead Plaintiff and the caption of this case shall be modified accordingly by the Clerk. Lead Plaintiff shall deliver a clean copy and a red-lined copy of the Complaint to the Defendants by **May 9, 2005.** Defendants shall by **June 8, 2005**, answer or otherwise respond to the Complaint. If a motion to dismiss is filed, Lead Plaintiff may by **June 28, 2005**, file a response. If a response is filed, Defendants may by **July 13, 2005**, file a reply. No page limit extensions shall be allowed. Lead Plaintiff and Defendants shall by **May 16, 2005**, suggest to the Court three possible dates for a hearing on a motion to dismiss to be filed.

Patricia Magruder or any party purporting to be injured by actions of all or some of the Defendants after December 7, 2001, may by **May 9, 2005**, file a Complaint covering such claims. If no party files a Complaint covering this period, Lead Plaintiff and Defendants shall by **May 16, 2005**, confer and file a Joint Report suggesting to the Court what type of notice should be given to the putative class included within the post December 7, 2001 period, and who should pay for such notice. If such a Complaint is filed, the Court will then determine whether such claims should be severed or if a separate trial would be appropriate and will set an appropriate briefing schedule.

**SO ORDERED.**

May 3, 2005.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE