UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| THE ARCHIDIOCESE OF MILWAUKEE SUPPORTING FUNE, INC., et al., On Behalf of itself and All Other Similarly Situated, | § § § § | Master Docket No. 3:02-CV-1152-M |
| | § | CLASS ACTION |
| Lead Plaintiff, | § § | |
| | § | |
| vs. | § § | |
| | § | |
| HALLIBURTON COMPLANY, et al., | § § | |
| Defendants. | § § | |
| | § § | |
| This Document Related To: | § § | |
| ALL ACTIONS. | § § | |
| | § § | |

## NOTICE OF CHANGE OF ADDRESS

### TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, **EMERSON POYNTER LLP's** Little Rock, AR office has moved. The firm's new mailing address is as follows:

**EMERSON POYNTER LLP**
**The Museum Center**
**500 President Clinton Avenue, Suite 305**
**Little Rock, Arkansas 72201**
**Telephone: (501) 907-2555**
**Facsimile: (501) 907-2556**

The firm's Houston, TX address remains the same.

Dated: June 27, 2006.                    EMERSON POYNTER LLP


                                         /s/ John G. Emerson
                                         John G. Emerson
                                         Scott E. Poynter
                                         The Museum Center
                                         500 President Clinton Avenue, Suite 305
                                         Little Rock, AR 72201
                                         Telephone: (501) 907-2555
                                         Facsimile: (501) 907-2556

                                         Attorneys for Plaintiffs


## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the Notice of Change of Address has been served on all counsel by ECF or by placing a copy in the First Class U.S. Mail this 27th day of June, 2006.


                                         /s/ John G. Emerson
                                         John G. Emerson