UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al., On Behalf of itself and All Others Similarly Situated, | § § § § | Master Docket No. 3:02-CV-1152-M |
| | § | ECF |
| Lead Plaintiff, | § § | CLASS ACTION |
| vs. | § § § | |
| HALLIBURTON COMPANY, et al., | § § § | |
| Defendants. | § § § | |
| This Document Relates To: | § § § | |
| ALL ACTIONS. | § § § § | |

**SECOND DECLARATION OF ANDREW J. BROWN IN SUPPORT OF CO-LEAD CLASS COUNSEL'S AND THE INSTITUTIONAL INVESTOR CLASS REPRESENTATIVES' OPPOSITION TO AMSF'S MOTION SEEKING COURT PERMISSION TO REPLACE CO-LEAD CLASS COUNSEL**

I, ANDREW J. BROWN, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California, and I am admitted *pro hac vice* in this case.  I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), one of the lead class counsel of record for plaintiffs in the above-entitled action.  I am one of the attorneys at Lerach Coughlin responsible for the day-to-day litigation efforts on behalf of the plaintiff class in this case.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     The Archdiocese of Milwaukee Supporting Fund, Inc.'s ("AMSF") argument that Lerach Coughlin should not serve as lead or class counsel as a result of the Milberg Weiss indictment has been repeatedly rejected by the courts.  By way of example, attached are true and correct copies of the following exhibits:

Exhibit A:     A list of the cases in which the Lerach Coughlin firm has been appointed lead counsel since the Milberg Weiss indictment was made public in May, 2006, and the orders appointing Lerach Coughlin;

Exhibit B:     A brief filed by a competing lead plaintiff movant in the *United Healthcare Securities Litigation*, arguing the Milberg Weiss indictment disqualifies Lerach Coughlin; and

Exhibit C:     The court's order on the competing lead plaintiff motions in the *United Healthcare Securities Litigation*, appointing Lerach Coughlin as lead counsel.

3.     Concerning AMSF, attached are true and correct copies of the following exhibits:

Exhibit D:     A chart listing the securities class action lawsuits, of which I am aware, in which AMSF has filed a complaint or moved for lead plaintiff;

Exhibit E:     A true and correct copy of excerpts from the transcript of the deposition of Paula N. John, on behalf of AMSF, dated September 11, 2003, in the *Newby v. Enron* case;

Exhibit F:     A true and correct copy of the brief filed by AMSF and other proposed class representatives in the *Newby v. Enron* case, in support of plaintiff's motion for class certification and for appointment of the Lerach Coughlin law firm as class counsel;

- 1 -

Exhibit G:    A true and correct copy of AMSF's responses to defendant's interrogatories in the *Newby v. Enron* case, regarding class certification issues; and

Exhibit H:    A true and correct copy of relevant pages from the July 28, 2006 motion to dismiss hearing.

4.     Concerning the AMSF's "Special Counsel" Neil Rothstein, on January 4, 2007 I searched the California State Bar website to determine whether Neil Rothstein is admitted to practice law in California, at http://members.calbar.ca.gov/search/member.aspx. According to the California State Bar records, he is not admitted in California.

5.     Attached are true and correct copies of the following exhibits:

Exhibit I:    Relevant pages from the website maintained by Neil Rothstein, d/b/a WorldWideTree.org and Truth In Corporate Justice, as it existed when it was printed from the Internet website at http:/www.worldwidetree.org; and

Exhibit J:    Press Releases by Neil Rothstein, downloaded from the PR Newswire services at my direction, that concern the Halliburton litigation: (1) "Truth in Corporate Justice LLC: Lead Plaintiff in Halliburton Securities Litigation to Send Attorneys Packing," Jan. 4, 2007; (2) "Truth in Corporate Justice LLC; Special Counsel on Halliburton Litigation; Special Counsel to Lead Plaintiff comments on Greiders Article About Halliburton's Securities Litigation." July 6, 2006; and (3) "Truth in Justice LLC of the Worldwide Tree Loses Apple as Halliburton Grows," Aug. 15, 2006.

6.     Concerning the publicity surrounding the investigation of Milberg Weiss, attached are true and correct copies of the following articles, downloaded from Factiva at my direction:

Exhibit K:    Rick Schmitt and Jonathan Weil, "Accounting for Enron: Grand Jury to Investigate Plaintiffs' Firm Involved in Shareholder Suit Against Enron," *Wall St. J.*, Jan. 25, 2002, at A4;

Exhibit L:    "Milberg Weiss Faces Inquiry," *N.Y. Times*, Jan. 26, 2002, at C6;

Exhibit M:    Lisa Girion, "Enron Legal Foe Finds Its Tactics Under Scrutiny; Courts: A Probe of His Law Firm Could Hamper William Lerach's Bid to Represent the Energy Giant's Shareholders," *L.A. Times*, Feb. 3, 2002, at 1;

Exhibit N:    "The Tort Temptation," *Wall St. J.*, May 27, 2003, at A14;

Exhibit O:    Robert Lenzner and Emily Lambert, "Mr. Class Action," *Forbes*, Feb. 9, 2004, at 22;

Exhibit P:    Timothy L. O'Brien, "Behind the Breakup of the Kings of Torts," *N.Y. Times*, July 11, 2004, at 3;

Exhibit Q:    Andrew E. Serwer, "What to Do About Legal Blackmail," *Fortune*, Nov. 15, 1993, at 136; and

Exhibit R:    Peter Elkind, "The King of Pain is Hurting," *Fortune*, Sept. 4, 2000, at 190.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of January, 2007, at San Diego, California.

_____
ANDREW J. BROWN

S:\CasesSD\Halliburton\DEC00037900_AJB.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ JOE KENDALL
PROVOST & UMPHREY LAW FIRM, LLP
JOE KENDALL
State Bar No. 11260700
WILLIE C. BRISCOE
State Bar No. 24001788
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

E-mail: jkendall@provostumphrey.com

# Mailing Information for a Case 3:02-cv-01152

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Theodore Carl Anderson , III**
  tca@kilgorelaw.com,kdd@kilgorelaw.com

- **Stuart L Berman**
  ecf_filings@sbclasslaw.com

- **Thomas E Bilek**
  tbilek@hb-legal.com,llockett@hb-legal.com

- **Willie Briscoe**
  Provost_Dallas@yahoo.com,wbriscoe@provostumphrey.com,bgribble@provostumphrey.com

- **Jules Brody**
  jbrody@ssbny.com

- **Andrew J Brown**
  andrewb@lerachlaw.com,e_file_sd@lerachlaw.com

- **Jason L Cagle**
  jason.cagle@tklaw.com,pam.clark@tklaw.com

- **Lea F Courington**
  lcourington@gwinnroby.com,jbalch@gwinnroby.com,mlemons@gwinnroby.com,shamner@gwin

- **Lindsey C Cummings**
  lcummings@gwinnroby.com,sroshto@gwinnroby.com

- **Robert Edwin Davis**
  davisr@hughesluce.com,boerdem@hughesluce.com,murosr@hughesluce.com

- **Paul W Denney**
  denneyp@hughesluce.com,richeyt@hughesluce.com

- **John G Emerson , Jr**
  john@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com

- **William B Federman**
  wfederman@aol.com,law@federmanlaw.com,ngb@federmanlaw.com

- **Dennis D Gibson**
  gibson@gmwdlaw.com,cgilbert@gmwdlaw.com

- **Brian N Hail**

District Version 3.0.3

bhail@ghjhlaw.com,rradcliff@ghjhlaw.com,rperkins@ghjhlaw.com,drlilly@ghjhlaw.com

- **Michael K Hurst**
  mhurst@ghjhlaw.com,tnoullet@ghjhlaw.com,cdeleon@ghjhlaw.com,bcongdon@ghjhlaw.com

- **Lawrence J Irving**
  judge@butzdunn.com

- **Fred T Isquith**
  isquith@whafh.com,barnes@whafh.com

- **Mark V Jackowski**
  mvjackowski@scott-scott.com,cmcgowan@scott-scott.com

- **Joe Kendall**
  Provost_Dallas@yahoo.com,jkendall@provostumphrey.com

- **Jeffrey R Krinsk**
  jrk@classactionlaw.com,mag@classactionlaw.com,mlk@classactionlaw.com,fk@classactionlaw.c

- **William S Lerach**
  e_file_sd@lerachlaw.com,kirstenb@lerachlaw.com

- **Wes Loegering**
  loegerw@hughesluce.com,harrisj@hughesluce.com,valferd@hughesluce.com

- **Roger L Mandel**
  rmandel@smi-law.com,laura@smi-law.com,tsweet@smi-law.com,bmarks@smi-law.com

- **Timothy R McCormick**
  timothy.mccormick@tklaw.com,susan.covington@tklaw.com

- **James M McCoy**
  jmccoy@gmwdlaw.com,cgilbert@gmwdlaw.com

- **Rod Phelan**
  rod.phelan@bakerbotts.com,vivica.lamarche@bakerbotts.com

- **Scott Daniel Powers**
  scott.powers@bakerbotts.com,barbara.martin@bakerbotts.com,melissa.depagter@bakerbotts.com

- **Scott E Poynter**
  scott@emersonpoynter.com

- **Jessica B Pulliam**
  jessica.pulliam@bakerbotts.com

- **Marcos G Ronquillo**
  mronquillo@godwinpappas.com,cvillarreal@godwinpappas.com,jgonzalez@godwinpappas.com

- **Edmund W Searby**
  esearby@scott-scott.com,aslaughter@scott-scott.com

- **Arthur L Shingler , III**
  ashingler@scott-scott.com,cmcgowan@scott-scott.com

- **Kay E Sickles**
  ksickles@sbclasslaw.com

- **Marc R Stanley**
  mstanley@smi-law.com,laura@smi-law.com,tsweet@smi-law.com,bmarks@smi-law.com

- **Ronald W Stevens**
  rstevens@klng.com,ckondon@klng.com,mquinn@klng.com,kasfour@klng.com

- **Robert M Thornton**
  rmt@kilgorelaw.com

- **Emery L Vincent**
  larryvin@gmail.com,beverly@emmonsjackson.com,lvincent@scottyung.com

- **Robb L Voyles**
  robb.voyles@bakerbotts.com

- **Craig M Walker**
  craig_m_walker@sbcglobal.net,walkerlawllp@aol.com

- **Thomas G Wilhelm**
  TWilhelm@lerachlaw.com,e_file_sd@lerachlaw.com

- **Martin Woodward**
  mwoodward@smi-law.com,tsweet@smi-law.com,bmarks@smi-law.com

- **Alfred G Yates , Jr**
  yateslaw@aol.com

- **Richard J Zook**
  rzook@cdzc.com,rromero@cdzc.com,pmoore@cdzc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eric J Belfi
Murray Frank & Sailer
275 Madison Ave
Suite 801
New York, NY 10016
```

David Boies
Boies Schiller & Flexner
333 Main St
Armonk, NY 10504

Aaron Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

Thomas Burt
Wolf Haldenstein Adler Freeman & Herz
270 Madison Ave
Ninth Floor
New York, NY 10016

Steven E Cauley
Cauley Geller Bowman & Coates
PO Box 25438
Little Rock, AR 72221-5438

Darren J Check
Schiffrin Barroway Topaz & Kessler LLP - Radnor
280 King of Prussia Rd
Radnor, PA 19087

Patrick V Dahlstrom
Pomerantz Haudek Block Grossman & Gross
One N LaSalle St
Suite 2225
Chicago, IL 60602-3908

Leo W Desmond
Law Office of Leo W Desmond
2161 Palm Beach Lakes Blvd
Suite 204
West Palm Beach, FL 33409

Robert J Dyer                                                    , III
Dyer & Shuman
801 E 17th Ave
Denver, CO 80218-1417

Nadeem Faruqi
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016

Brian M Felgoise
Law Offices of Brian M Felgoise
PO Box 706
261 Old York Rd     Suite 423
Jenkintown, PA 19046

Paul J Geller
Lerach Coughlin Stoia Geller Rudman & Robbins - Boca Raton
120 E Palmetto Park Rd
Suite 500
Boca Raton, FL 33432

**Donald E Godwin**
Godwin Gruber
Renaissance Tower
1201 Elm St
Suite 1700
Dallas, TX 75270-2084

**Marc I Gross**
Pomerantz Haudek Block Grossman & Gross
100 Park Avenue
26th Floor
New York, NY 10017-5516

**Stanley M Grossman**
Pomerantz Haudek Block Grossman & Gross
100 Park Avenue
26th Floor
New York, NY 10017-5516

**Corey D Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Adam J Levitt**
Wolf Haldenstein Adler Freeman & Herz - Chicago
55 W Monroe St
Suite 1111
Chicago, IL 60603

**Gary McGowan**
One Riverway
Suite 2070
Houston, TX 77056

**Brian Murray**
Rabin & Peckel
275 Madison Ave
34th Floor
New York, NY 10016

**Gregory M Nespole**
Wolf Haldenstein Adler Freeman & Herz
270 Madison Ave
Ninth Floor
New York, NY 10016

**Charles J Piven**
Law Office of Charles J Piven
World Trade Center Baltimore
401 E Pratt St
Suite 2525
Baltimore, MD 21202

**Neil Rothstein**
Scott + Scott
108 Norwich Ave
PO Box 192
Colchester, CT 06415

**Richard S Schiffrin**
Schiffrin Barroway Topaz & Kessler LLP - Radnor
280 King of Prussia Rd
Radnor, PA 19087

**Steven G Schulman**
Milberg Weiss & Bershad   - New York
1 Pennsylvania Plaza
49th Floor
New York, NY 10119

**David R Scott**
Scott + Scott
108 Norwich Ave
PO Box 192
Colchester, CT 06415

**Patrick Slyne**
Stull Stull & Brody
6 East 45th St
New York, NY 10017

**Marc A Topaz**
Schiffrin Barroway Topaz & Kessler LLP - Radnor
280 King of Prussia Rd
Radnor, PA 19087

**Richard J Vita**
Law Office of Richard J Vita
77 Franklin St
Suite 300
Boston, MA 02110

**Marc I Willner**
Schiffrin Barroway Topaz & Kessler LLP - Radnor
280 King of Prussia Rd
Radnor, PA 19087