ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al., Plaintiffs, | § § § § § § § | Civil Action No. 3:02-CV-1152-M |
| v. | | |
| HALLIBURTON COMPANY, et al., Defendants. | | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 1 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## APPLICATION AND ORDER FOR ADMISSION *PRO HÁC VICE*

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of) Boies Schiller & Flexner LLP, with offices at 401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, Florida 33301, Telephone No. 954-356-0011.

II.  Applicant will sign all pleadings with the name Sashi Bach Boruchow.

III.  Applicant has been retained personally or as a member of the above-named firm by the Archdiocese of Milwaukee Supporting Fund, Inc. and Court Appointed Lead Counsel for Class to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of Florida, where Applicant regularly practices law. Bar license number: 398276. Admission Date: <u>October 2, 2000</u>

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court for the Southern District of FL | October 13, 2000 | Active |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

#19946v1

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings – regardless of outcome – while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

_____

_____

_____

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                    Case No. and Style:

_____          _____

_____          _____

**X.** Local counsel of record associated with Applicant in this matter is E. Lawrence Vincent, who has offices at 3020 Legacy Drive, #100-324, Plano, Texas 75023, Telephone No. 214-680-1668.

**XI.** Check the appropriate box below:

For application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this 27 day of April, 2007.

Sashi Bach Boruchow
Printed Name of Applicant

_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of the court accompanied by a $25.00 filing fee on this 27th day of April, 2007.

---

### ORDER

The Court, having considered the Application for Admission *Pro Hac Vice*, orders that:

☒ the application be granted. The Clerk of the Court shall deposit the application fee to the account of the non-Appropriated Fund of this Court

☐ the application be denied. The Clerk of the Court shall return the admission fee to the Applicant.

May 1, 2007
DATE

_____
JUDICIAL OFFICER

*Archdiocese of Milwaukee Supporting Fund, Inc., et al.,*
*v.*
*Halliburton Company, et al.,*

In the United States District Court
Fort the Northern District of Texas
(Dallas Division)

Civil Action No. 3:02-CV-1152-M

## SERVICE LIST

The following parties were served electronically via the CM/ECF System:

| | |
|---|---|
| **Theodore Carl Anderson, III**<br>Kilgore & Kilgore<br>3109 Carlisle<br>Suite 200<br>Dallas, TX 75204<br>214/969-9099<br>Fax: 214/292-8758<br>Email: tca@kilgorelaw.com | **Stuart L Berman**<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Rd<br>Radnor, PA 19087<br>610/667-7706<br>Email: ecf_filings@sbclasslaw.com |
| **Thomas E Bilek**<br>Hoeffner & Bilek<br>1000 Louisiana St<br>Suite 1302<br>Houston, TX 77002<br>713/227-7720<br>Fax: 713/227-9404<br>Email: tbilek@hb-legal.com | **Caryl L Boies**<br>Boies, Schiller & Flexner LLP<br>401 E. Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>954/356-0011<br>Fax: 954/356-0022<br>Email: clboies@bsfllp.com |
| **David Boies**<br>Boies, Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914/749-8200<br>Fax: 914/749-8300<br>Email: dboies@bsfllp.com | **Willie Briscoe**<br>Provost Umphrey Law Firm<br>3232 McKinney Ave<br>Suite 700<br>Dallas, TX 75204<br>214/744-3000<br>Email: Provost_Dallas@yahoo.com |

Service List

| | |
|---|---|
| **Jules Brody**<br>Stull Stull & Brody<br>6 East 45th St<br>New York, NY 10017<br>212/687-7230<br>Fax: 212/490-2022<br>Email: jbrody@ssbny.com | **Andrew J Brown**<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>655 W Broadway<br>Suite 1900<br>San Diego, CA 92101<br>619/231-1058<br>Email: andrewb@lerachlaw.com |
| **Lea F Courington**<br>Gwinn & Roby<br>1201 Elm St<br>Suite 4100<br>Dallas, TX 75270<br>214/698-4131<br>Fax: 214/747-2904<br>Email: lcourington@gwinnroby.com | **Lindsey C Cummings**<br>Gwinn & Roby<br>1201 Elm St<br>Suite 4100<br>Dallas, TX 75270<br>214/698-4100<br>Email: lcummings@gwinnroby.com |
| **John G Emerson, Jr**<br>Emerson Poynter<br>830 Apollo Ln<br>Houston, TX 77058<br>281/488-8854<br>Fax: 281/488-8867<br>Email: john@emersonpoynter.com | **William B Federman**<br>Federman & Sherwood<br>10205 N Pennsylvania Ave<br>Oklahoma City, OK 73120<br>405/235-1560<br>Fax: 405/239-2112<br>Email: wfederman@aol.com |
| **Dennis D Gibson**<br>Gibson McClure Wallace & Daniels<br>8080 N Central Expwy<br>Suite 1300 LB 50<br>Dallas, TX 75206-1838<br>214/891-8001<br>Fax: 214/891-8010<br>Email: gibson@gmwdlaw.com | **Jose L Gonzalez**<br>Godwin Pappas Ronquillo, LLP<br>1201 Elm St<br>Suite 1700<br>Dallas, TX 75270-2084<br>214/939-4400<br>Fax: 214/760-7332<br>Email: jgonzalez@godwinpappas.com |
| **Fred T Isquith**<br>Wolf Haldenstein Adler Freeman & Herz<br>270 Madison Ave<br>Ninth Floor<br>New York, NY 10016<br>212/545-4600<br>Email: isquith@whafh.com | **Mark V Jackowski**<br>Scott + Scott<br>108 Norwich Ave<br>PO Box 192<br>Colchester, CT 06415<br>860/537-5537<br>Email: mvjackowski@scott-scott.com |

Service List

| | |
|---|---|
| **Joe Kendall**<br>Provost Umphrey Law Firm<br>3232 McKinney Ave<br>Suite 700<br>Dallas, TX 75204<br>214/744-3000<br>Fax: 214/744-3015<br>Email: Provost_Dallas@yahoo.com | **Jeffrey R Krinsk**<br>Finkelstein & Krinsk<br>Koll Center<br>501 West Broadway<br>Suite 1250<br>San Diego, CA 92101-3579<br>619/238-1333<br>Fax: 619/238-5425<br>Email: jrk@classactionlaw.com |
| **William S Lerach**<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>655 W Broadway<br>Suite 1900<br>San Diego, CA 92101<br>619/231-1058<br>Fax: 619/231-7423<br>Email: e_file_sd@lerachlaw.com | **Roger L Mandel**<br>Stanley Mandel & Iola<br>3100 Monticello Ave<br>Suite 750<br>Dallas, TX 75205<br>214/443-4302<br>Email: rmandel@smi-law.com |
| **Timothy R McCormick**<br>Thompson & Knight<br>1700 Pacific Ave<br>Suite 3300<br>Dallas, TX 75201-4693<br>214/969-1103<br>Fax: 214/880-3253<br>Email: timothy.mccormick@tklaw.com | **James M McCoy**<br>Gibson McClure Wallace & Daniels<br>8080 N Central Expwy<br>Suite 1300 LB 50<br>Dallas, TX 75206-1838<br>214/891-8040<br>Fax: 214/891-8003<br>Email: jmccoy@gmwdlaw.co |
| **Frederick Linton Medlin**<br>K&L Gates LLP<br>2828 N Harwood St<br>Suite 1800<br>Dallas, TX 75201-6966<br>214/939-4900<br>Fax: 214/939-4949<br>Email: frederick.medlin@klgates.com | **Rod Phelan**<br>Baker Botts<br>2001 Ross Ave<br>Suite 600<br>Dallas, TX 75201-2980<br>214/953-6609<br>Fax: 214/661-4609<br>Email: rod.phelan@bakerbotts.com |

Service List

| | |
|---|---|
| **Scott Daniel Powers**<br>Baker Botts<br>98 San Jacinto Blvd<br>Suite 1600<br>Austin, TX 78701<br>512/322-2678<br>Fax: 512/322-8392<br>Email: scott.powers@bakerbotts.com | **Scott E Poynter**<br>Emerson Poynter<br>The Museum Center<br>500 President Clinton Ave Suite 305<br>Little Rock, AR 72201<br>501/907-2555<br>Fax: 501/907-2556<br>Email: scott@emersonpoynter.com |
| **Jessica B Pulliam**<br>Baker Botts<br>2001 Ross Ave<br>Suite 600<br>Dallas, TX 75201-2980<br>214/953-6500<br>Fax: 214/661-4677<br>Email: jessica.pulliam@bakerbotts.com | **Marcos G Ronquillo**<br>Godwin Pappas Ronquillo, LLP<br>1201 Elm St<br>Suite 1700<br>Dallas, TX 75270-2084<br>214/939-4400<br>Fax: 214/760-7332<br>Email: mronquillo@godwinpappas.com |
| **Neil Rothstein**<br>Truth in Corporate Justice<br>8966 Shoreham Dr<br>West Hollywood, CA 90069<br>800/610-4998<br>Fax: 310/246-1175<br>Email: neil.rothstein@worldwidetree.org | **Edmund W Searby**<br>Scott + Scott<br>33 River St<br>Chagrin Falls, OH 44022<br>440/247-8200<br>Email: esearby@scott-scott.com |
| **Arthur L Shingler, III**<br>Scott + Scott<br>600 B St<br>Suite 1500<br>San Diego, CA 92101<br>619/233-4565<br>Fax: 619/233-0508<br>Email: ashingler@scott-scott.com | **Kay E Sickles**<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Rd<br>Radnor, PA 19087<br>610/667-7706<br>Email: ksickles@sbclasslaw.com |
| **Marc R Stanley**<br>Stanley Mandel & Iola<br>3100 Monticello Ave<br>Suite 750<br>Dallas, TX 75205<br>214/443-4301<br>Fax: 214/443-0358<br>Email: mstanley@smi-law.com | **Ronald W Stevens**<br>Kirkpatrick & Lockhart Preston Gates Ellis<br>10100 Santa Monica Blvd<br>Seventh Floor<br>Los Angeles, CA 90067<br>310/552-5521<br>Fax: 310/552-5001<br>Email: rstevens@klng.com |

Service List

| | |
|---|---|
| **Robert M Thornton**<br>Kilgore & Kilgore<br>3109 Carlisle<br>Suite 200<br>Dallas, TX 75204<br>214/969-9099<br>Fax: 214/953-0133<br>Email: rmt@kilgorelaw.com | **E. Lawrence Vincent**<br>Law Office of Emery L Vincent<br>3020 Legacy Dr<br>#100-324<br>Plano, TX 75023<br>214/680-1668<br>Fax: 972/491-2417<br>larryvin@gmail.com |
| **Robb L Voyles**<br>Baker Botts<br>98 San Jacinto Blvd<br>Suite 1600<br>Austin, TX 78701<br>512/322-2500<br>Fax: 512/322-2501<br>Email: robb.voyles@bakerbotts.com | **Craig M Walker**<br>Walker Law<br>3196 High Ridge Road<br>Stamford, CT 06903<br>917/880-7686<br>Email: craig_m_walker@sbcglobal.net |
| **Thomas G Wilhelm**<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>655 W Broadway<br>Suite 1900<br>San Diego, CA 92101<br>619/231-1058<br>Email: TWilhelm@lerachlaw.com | **Martin Woodward**<br>Stanley Mandel & Iola<br>3100 Monticello Ave<br>Suite 750<br>Dallas, TX 75205<br>214/443-4304<br>Email: mwoodward@smi-law.com |
| **Alfred G Yates, Jr**<br>Law Office of Alfred G Yates Jr<br>519 Allegheny Building<br>429 Forbes Ave<br>Pittsburgh, PA 15219<br>412/391-5164<br>Email: yateslaw@aol.com | **Richard J Zook**<br>Cunningham Darlow Zook & Chapoton<br>600 Travis Suite 1700<br>Houston, TX 77002<br>713/255-5500<br>Email: rzook@cdzc.com |

Service List

The following parties were served via U.S. Mail:

| | |
|---|---|
| **Eric J Belfi**<br>Murray Frank & Sailer<br>275 Madison Ave<br>Suite 801<br>New York, NY 10016<br>212/682-1818<br>Fax: 212/682-1892 | **Aaron Brody**<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>212/687-7230 |
| **Thomas Burt**<br>Wolf Haldenstein Adler Freeman & Herz<br>270 Madison Ave<br>Ninth Floor<br>New York, NY 10016<br>212/545-4600 | **Steven E Cauley**<br>Cauley Geller Bowman & Coates<br>PO Box 25438<br>Little Rock, AR 72221-5438<br>501/312-8500<br>Fax: 501/312-8505 |
| **Darren J Check**<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Rd<br>Radnor, PA 19087<br>610/667-7706 | **Patrick V Dahlstrom**<br>Pomerantz Haudek Block Grossman & Gross<br>One N LaSalle St<br>Suite 2225<br>Chicago, IL 60602-3908<br>312/377-1181 |
| **Leo W Desmond**<br>Law Office of Leo W Desmond<br>2161 Palm Beach Lakes Blvd<br>Suite 204<br>West Palm Beach, FL 33409<br>561/712-8000 | **Robert J Dyer, III**<br>Dyer & Shuman<br>801 E 17th Ave<br>Denver, CO 80218-1417<br>303/861-3003 |
| **Nadeem Faruqi**<br>Faruqi & Faruqi<br>320 East 39th Street<br>New York, NY 10016<br>212/983-9330 | **Brian M Felgoise**<br>Law Offices of Brian M Felgoise<br>PO Box 706<br>261 Old York Rd Suite 423<br>Jenkintown, PA 19046<br>215/886-1900 |

| | |
|---|---|
| **Paul J Geller**<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>120 E Palmetto Park Rd<br>Suite 500<br>Boca Raton, FL 33432 | **Donald E Godwin**<br>Godwin Pappas Ronquillo, LLP<br>1201 Elm St<br>Suite 1700<br>Dallas, TX 75270-2084<br>214/939-4400<br>Fax: 214/760-7332 |
| **Marc I Gross**<br>Pomerantz Haudek Block Grossman & Gross<br>100 Park Avenue<br>26th Floor<br>New York, NY 10017-5516<br>212/661-1100 | **Stanley M Grossman**<br>Pomerantz Haudek Block Grossman & Gross<br>100 Park Avenue<br>26th Floor<br>New York, NY 10017-5516<br>212/661-1100<br>Fax: 212/661-8665 |
| **Corey D Holzer**<br>Holzer Holzer & Cannon LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>770/392-0090<br>Fax: 770/392-0029 | **Adam J Levitt**<br>Wolf Haldenstein Adler Freeman & Herz<br>55 W Monroe St<br>Suite 1111<br>Chicago, IL 60603<br>312/984-0000 |
| **Gary McGowan**<br>One Riverway<br>Suite 2070<br>Houston, TX 77056 | **Brian Murray**<br>Rabin & Peckel<br>275 Madison Ave<br>34th Floor<br>New York, NY 10016<br>212/682-1818<br>Fax: 212/682-1892 |
| **Gregory M Nespole**<br>Wolf Haldenstein Adler Freeman & Herz<br>270 Madison Ave<br>Ninth Floor<br>New York, NY 10016<br>212/545-4600 | **Charles J Piven**<br>Law Office of Charles J Piven<br>World Trade Center Baltimore<br>401 E Pratt St<br>Suite 2525<br>Baltimore, MD 21202<br>410/332-0030 |

Service List

| | |
|---|---|
| **Robert Schachter**<br>Zwerling, Schachter & Zwerling<br>41 Madison Avenue<br>New York, NY 10010<br>212/223-3900 | **Richard S Schiffrin**<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Rd<br>Radnor, PA 19087<br>610/667-7706<br>Fax: 610/667-7056 |
| **David R Scott**<br>Scott + Scott<br>108 Norwich Ave<br>PO Box 192<br>Colchester, CT 06415<br>860/537-5537<br>Fax: 860/537-4432 | **Patrick Slyne**<br>Stull Stull & Brody<br>6 East 45th St<br>New York, NY 10017<br>212/687-7230 |
| **Marc A Topaz**<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Rd<br>Radnor, PA 19087<br>610/667-7706 | **Richard J Vita**<br>Law Office of Richard J Vita<br>77 Franklin St<br>Suite 300<br>Boston, MA 02110<br>617/426-6566 |
| **Marc I Willner**<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Rd<br>Radnor, PA 19087<br>610/667-7706 | |

Service List