IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al., On Behalf Of Itself and All Others Similarly Situated,<br><br>　　　　　　Lead Plaintiff,<br><br>vs.<br><br>HALLIBURTON COMPANY and DAVID J. LESAR,<br><br>　　　　　　Defendants. | § § § § § § § § § § § § § | Civil Action No. 3:02-CV-1152-M |

## APPENDIX TO DEFENDANTS' RESPONSE TO
## LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

GODWIN PAPPAS RONQUILLO, LLP
Donald E. Godwin
State Bar No. 08056500
Marcos G. Ronquillo
State Bar No. 17226000
Jose L. Gonzalez
State Bar No. 08129100
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2084
Telephone: 214.939.4400
Facsimile:  214.760.7332

**COUNSEL FOR DEFENDANT
DAVID J. LESAR**

BAKER BOTTS L.L.P.
Robb Voyles
State Bar No. 20624100
Jessica B. Pulliam
State Bar No. 24037309
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone: 214.953.6500
Facsimile:  214.953.6503

David Sterling
State Bar No. 19170000
Rebecca Robertson
State Bar No. 00794542
Jeff McNabb
State Bar No. 24046406
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
Telephone: 713.229.1234
Facsimile:  713.229.1522

**COUNSEL FOR DEFENDANT
HALLIBURTON COMPANY**

# APPENDIX

**DEPOSITIONS** **Page**

1. Rule 30(b)(6) witness Patrick Byrne, on behalf of AMSF, dated October 31, 2007...........1

2. Rule 30(b)(6) witness Ben Alan Murphey, dated October 19, 2007 ...............................21

3. Jane Nettesheim, dated October 16, 2007................................................................47

**10-Ks**

4. Halliburton Company 1998 Form 10-K..................................................................61

5. Halliburton Company 1999 Form 10-K..................................................................68

6. Halliburton Company 2000 Form 10-K..................................................................79

7. Halliburton Company 2001 Form 10-K..................................................................85

**10-Qs**

8. Halliburton Company Mar. 2000 Form 10-Q..........................................................89

9. Halliburton Company June 2000 Form 10-Q..........................................................93

10. Halliburton Company June 2001 Form 10-Q..........................................................97

**8-Ks**

11. Halliburton Company Dec. 4, 2001 Form 8-K......................................................104

**PRESS RELEASES**

12. Oct. 4, 1999 Press Release, *Halliburton to Sell Two Joint Ventures, Announces Earnings Outlook*..................................................................................................109

13. Oct. 24, 2000 Press Release, *Halliburton Releases Third Quarter Earnings, Up Significantly Over Prior Year and Previous Quarter*......................................................111

14. Dec. 21, 2000 Press Release, *Halliburton Announces New Structure and Engineering and Construction Charges* .......................................................................114

15. June 28, 2001 Press Release, *Harbison-Walker Asks Halliburton for Assistance* ..........117

16. Oct. 30, 2001 Press Release, *Halliburton Disputes Asbestos Claims*............................119

17. Dec. 7, 2001 Press Release, *Halliburton Comments on Asbestos Judgments* .................121

|   |   | Page |
|---|---|---|
| 18. | Apr. 5, 2007 Press Release, *Halliburton Completes Separation of KBR* | 124 |

**ANALYST AND NEWS REPORTS**

| 19. | Oct. 4, 1999 Dow Jones Business News Report, *Halliburton Sells Stakes in Joint Ventures for $1.1 Billion* | 126 |
|---|---|---|
| 20. | Jan. 5, 2000 Brown Brothers Harriman & Co. Report | 128 |
| 21. | Oct. 25, 2000 CIBC World Markets Report | 130 |
| 22. | Oct. 25, 2000 Dain Rauscher Wessels Report | 135 |
| 23. | Oct. 25, 2000 Morgan Stanley Report | 138 |
| 24. | Oct. 25, 2000 Paine Webber Report | 142 |
| 25. | Oct. 25, 2000 Salomon Smith Barney Report | 145 |
| 26. | Dec. 22, 2000 CIBC World Markets Report | 149 |

**MISCELLANEOUS**

| 27. | Roger Parloff, *Lerach Firm Will Fight Client to Stay in Halliburton Case*, *Fortune*, Dec. 13, 2006 | 155 |
|---|---|---|
| 28. | Yahoo! Finance Stock Price Chart | 158 |
| 29. | Ben Alan Murphey Class Period Trades | 255 |

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above document was served on November 16, 2007, via the U.S. District Court's ECF Filing System for All Counsel of Record.

/s/ Robb L. Voyles
Robb L. Voyles