IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al., On Behalf of itself and All Others Similarly Situated, | § § § § | |
| Lead Plaintiff, | § § | Civil Action No. 3:02-CV-1152-M |
| v. | § § | |
| HALLIBURTON COMPANY, et al., | § § § | |
| Defendants. | § § | |

## APPENDIX OF
## LEAD PLAINTIFF'S REPLY IN SUPPORT OF ITS
## MOTION FOR CLASS CERTIFICATION, MOTION TO STRIKE
## THE EXPERT REPORT OF LUCY ALLEN, AND OPPOSITION TO
## MOTION TO STRIKE EXPERT REPORT OF JANE NETTESHEIM

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

/s/ David Boies
David Boies
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Caryl L. Boies, TSB # 02565420
Sashi B. Boruchow, FSB #0398276
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

LEAD COUNSEL FOR LEAD PLAINTIFF,
THE ARCHDIOCESE OF
MILWAUKEE SUPPORTING FUND, INC.

*Additional counsel appear on signature page*

22773v2

## TABLE OF CONTENTS

Page

Summary of Misrepresentations, Corrective Disclosures and Price Impact ............... App. 001-003

Rebuttal Report of Jane D. Nettesheim ................................................................. App. 004-075

Excerpts from Deposition of Col. Ben Allen Murphy ........................................... App. 076-084.01

Excerpts from Deposition of Patrick Byrne ............................................................ App. 085-089

Excerpts from Deposition of Lucy Allen ................................................................ App. 090-111

Excerpts from Deposition of Jane Nettesheim ....................................................... App. 112-122

Article: Estimating Aggregate Damages in Class-Action Litigation Under Rule
10-B5 For Purposes of Settlement, 59 Fordham L. Rev. 811 ................................. App. 123-165

Article: Securities Fraud, Stock Price Valuation, and Loss Causation: Toward a
Corporate Finance-Based Theory of Loss Causation, 59 Bus. Law. 1419 ................ App. 166-190

March 13, 1998 Merrill Lynch Analyst Report ....................................................... App. 191-194

April 1999 Article: Materiality and Magnitude: Event Studies in the Courtroom ... App. 195-232

BOIES, SCHILLER & FLEXNER LLP

/s/ David Boies
David Boies
333 Main Street
Armonk, NY  10504

Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300

Caryl L. Boies, TSB # 02565420
Sashi B. Boruchow, FSB #0398276
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
**LEAD COUNSEL FOR LEAD PLAINTIFF,
THE ARCHDIOCESE OF
MILWAUKEE SUPPORTING FUND, INC.**

22773v2

Neil Rothstein, Esq.
Truth in Corporate Justice LLC
8721 Santa Monica Blvd., Suite 41
Los Angeles, CA 90069
Telephone: (800) 610-4998
Facsimile: (310) 246-1175
**SPECIAL COUNSEL TO LEAD PLAINTIFF,
THE ARCHDIOCESE OF
MILWAUKEE SUPPORTING FUND, INC.**

E. Lawrence Vincent, SBN 20585590
208 N. Market Street, Suite 200
Dallas, Texas 75202
Telephone: (214) 680-1668
Facsimile: (972) 491-2417
**ATTORNEY FOR LEAD PLAINTIFF,
THE ARCHDIOCESE OF
MILWAUKEE SUPPORTING FUND, INC.**

22773v2