IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al., On Behalf of itself and All Others Similarly Situated, <br><br> Lead Plaintiff, <br><br> V. <br><br> HALLIBURTON COMPANY, et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> *     Civil Action No. 3:02-CV-1152-M <br> * <br> * <br> * <br> * |

## ORDER SETTING HEARING

Oral argument is hereby **SET** in this case for **Friday, March 21, 2008, at 3:30 p.m.**

Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas and be prepared to argue Plaintiff's September 17, 2007 Motion to Certify Class, and December 21, 2007 Motion to Strike the Expert Report of Lucy Allen, and Defendant Halliburton Company, and David J. Lesar's November 16, 2007 Joint Motion to Strike the Report of Jane Nettesheim.

SO ORDERED.

DATED: March 18, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS