IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al., On Behalf of Itself and All Others Similarly Situated,<br><br>      Lead Plaintiff,<br>v.<br><br>HALLIBURTON COMPANY, et al.,<br><br>      Defendants. | §§§§§§§§§§§§ Civil Action No. 3:02-CV-1152-M |

**ORDER**

Before the Court are the Motion to Strike the Report of Jane Nettesheim and the Motion to Strike the Expert Report of Lucy Allen. For the reasons stated on the record at the March 21, 2008, hearing, both Motions are DENIED. The Court will consider arguments about *Daubert* and Federal Rule of Evidence 702 when ruling on the issues of class certification and loss causation.

SO ORDERED.

DATED: March 25, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS