

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC. et al., Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:02-CV-1152-M |
| HALLIBURTON COMPANY, et al., Defendants. | § § § | |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

I.    Applicant is an attorney and a member of the law firm of (or practices under the name of) Boies Schiller & Flexner LLP, with offices at 401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, Florida 33301, Telephone No. 954-356-0011.

II.    Applicant will sign all pleadings with the name Carl E. Goldfarb.

OPTIONAL: Applicant wants this form to serve as applicant's registration for electronic case filings and consents under FED.R.CIV.P. 5(5) to accept service electronically at the following e-mail address: cgoldfarb@bsfllp.com.

III.    Applicant has been retained personally or as a member of the above-named firm by the Erica P. John Fund, formerly known as Archdiocese of Milwaukee Supporting Fund, Inc. and Court Appointed Lead Counsel for Class to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

#37075v1

IV. Applicant is a member in good standing of the bar of the highest court of the state of Florida, where Applicant regularly practices law. Bar license number: 125891. Admission Date: <u>October 23, 1997</u>.

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court for the Southern District of FL | January 14, 2000 | Active |
| U.S. District Court for the Northern District of FL | January 14, 2000 | Active |
| U.S. Court of Appeals 2nd Circuit | November 23, 2008 | Active |
| U.S. Court of Appeals 11th Circuit | January 27, 2000 Reactivated October 28, 2009 | Active |
| U.S. Court of Appeals 5th Circuit | January 15, 2003 | Active |
| U.S. Supreme Court | January 24, 2011 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below: N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings – regardless of outcome – while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

> I have been the subject of one bar grievance, brought in Florida in 2007 by a former client. After investigation, the matter was closed without disciplinary action or sanction.

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

> In 1991, I was arrested in Miami Beach, Florida for trespassing, disorderly conduct, and resisting arrest without violence. All three charges were subsequently dropped.

IX.     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:         Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X.      Local counsel of record associated with Applicant in this matter is

__E. Lawrence Vincent, Esq._____ who has offices at

__Law Offices of Joe H. Staley, Jr., P.C., 3100 Monticello Avenue, Suite 850__
(Street Address)

__Dallas_____    __Texas_____    __75205_____
(City)                                (State)          (Zip Code)

__214-739-3700_____.
(Telephone No.)

XI.     Check the appropriate box below.

For Application in a **Civil Case**

[x]     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]     Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the __3rd__ day of __August_____, __2011___.

Carl E. Goldfarb
Printed Name of Applicant

*/s/ Carl E. Goldfarb*
Signature

VIA U.S. MAIL

| | |
|---|---|
| E. Lawrence Vincent, SBN 20585590<br>LAW OFFICES OF JOE H. STALEY, JR., P.C.<br>3100 Monticello Avenue, Suite 850<br>Dallas, Texas 75205<br>Telephone: (214) 739-3700<br>Facsimile: (214) 739-1919<br><br>***ATTORNEY FOR LEAD PLAINTIFF,***<br>***THE ERICA P. JOHN FUND INC.*** | Donald E. Godwin<br>GODWIN RONQUILLO P.C.<br>1201 Elm Street, Suite 1700<br>Dallas, TX 75270<br>Tel: (214)939-4400<br>Fax: (214) 760-7332 |
| KAHN SWICK & FOTI, LLC<br>Lewis Kahn, Esq.<br>Michael Swick, Esq.<br>Neil Rothstein, Esq.<br>206 Covington Street<br>Madisonville, LA 70447<br>Telephone: (504) 455.1400<br>Facsimile: (504) 455.1498 | Robb L. Voyles<br>Jessica B Pulliam<br>BAKER BOTTS, LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Tel: (214) 953-6500<br>Fax: (214) 953-6503 |
| David D. Sterling<br>Aaron M. Street<br>BAKER BOTTS, LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002-4995<br>Tel: (713) 229-1234<br>Fax: (713) 229-2099 | |



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re: 125891
Carl E. Goldfarb
Boies Schiller & Flexner, LLP
401 E. Las Olas Blvd., Fl. 12
Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 23, 1997.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 25th day of July, 2011.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLCF16:R10