**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE – ROOM 1452
DALLAS, TX 75242-1495

OFFICIAL BUSINESS

Richard J Zook AttorneyatLaw
Cunningham Darlow Zook & Chapoton
600 Travis Suite 1700
Houston, TX 77002

3:02-cv-1152-M
(docs 464 & 465)

RECEIVED
AUG 30 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NIXIE   773   DE 1   00   08/27/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 75242131052   *0934-05959-29-44

UNITED STATES POSTAGE
$ 00.440
AUG 23 2011
MAILED FROM ZIPCODE 75242



RECEIVED AUG 3 0 2011 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

Richard J Zook AttorneyatLaw
Cunningham Darlow Zook & Chapoton
600 Travis  Suite 1700
Houston, TX 77002

---------------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al., Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:02-CV-1152-M |
| HALLIBURTON COMPANY, et al., Defendants. | § § § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice of Justin D. Fitzdam*.

IT IS HEREBY ORDERED that:

[X]  the application is granted. The Clerk of the Court shall deposit the admission fee to the account of the non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

[ ]  the application is denied. The Clerk of the Court shall return the admission fee to the Applicant.

DATE  8-8-11

_____
PRESIDING JUDGE

**VIA U.S. MAIL**

| | |
|---|---|
| E. Lawrence Vincent, SBN 20585590<br>LAW OFFICES OF JOE H. STALEY, JR., P.C.<br>3100 Monticello Avenue, Suite 850<br>Dallas, Texas 75205<br>Telephone: (214) 739-3700<br>Facsimile: (214) 739-1919<br><br>*ATTORNEY FOR LEAD PLAINTIFF,*<br>*THE ERICA P. JOHN FUND INC.* | Donald E. Godwin<br>GODWIN RONQUILLO P.C.<br>1201 Elm Street, Suite 1700<br>Dallas, TX 75270<br>Tel: (214)939-4400<br>Fax: (214) 760-7332 |
| KAHN SWICK & FOTI, LLC<br>Lewis Kahn, Esq.<br>Michael Swick, Esq.<br>Neil Rothstein, Esq.<br>206 Covington Street<br>Madisonville, LA 70447<br>Telephone: (504) 455.1400<br>Facsimile: (504) 455.1498 | Robb L. Voyles<br>Jessica B Pulliam<br>BAKER BOTTS, LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Tel: (214) 953-6500<br>Fax: (214) 953-6503 |
| David D. Sterling<br>Aaron M. Street<br>BAKER BOTTS, LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002-4995<br>Tel: (713) 229-1234<br>Fax: (713) 229-2099 | |



RECEIVED
AUG 3 0 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Richard J Zook AttorneyatLaw
Cunningham Darlow Zook & Chapoton
600 Travis  Suite 1700
Houston, TX 77002

------------------------------------------------

Case 3:02-cv-51152 Document: 465 Filed 08/30/11 Page 5 of 7 PageID 10849



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al.,<br>          Plaintiffs,<br>v.<br><br>HALLIBURTON COMPANY, et al.,<br>          Defendants. | § § § § § § § | Civil Action No. 3:02-CV-1152-M |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice of Carl E. Goldfarb*.

IT IS HEREBY ORDERED that:

☒ the application is granted. The Clerk of the Court shall deposit the admission fee to the account of the non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of the Court shall return the admission fee to the Applicant.

_8-8-11_
DATE

_____
PRESIDING JUDGE

## VIA U.S. MAIL

| | |
|---|---|
| E. Lawrence Vincent, SBN 20585590<br>LAW OFFICES OF JOE H. STALEY, JR., P.C.<br>3100 Monticello Avenue, Suite 850<br>Dallas, Texas 75205<br>Telephone: (214) 739-3700<br>Facsimile: (214) 739-1919<br><br>*ATTORNEY FOR LEAD PLAINTIFF,*<br>*THE ERICA P. JOHN FUND INC.* | Donald E. Godwin<br>GODWIN RONQUILLO P.C.<br>1201 Elm Street, Suite 1700<br>Dallas, TX 75270<br>Tel: (214)939-4400<br>Fax: (214) 760-7332 |
| KAHN SWICK & FOTI, LLC<br>Lewis Kahn, Esq.<br>Michael Swick, Esq.<br>Neil Rothstein, Esq.<br>206 Covington Street<br>Madisonville, LA 70447<br>Telephone: (504) 455.1400<br>Facsimile: (504) 455.1498 | Robb L. Voyles<br>Jessica B Pulliam<br>BAKER BOTTS, LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Tel: (214) 953-6500<br>Fax: (214) 953-6503 |
| David D. Sterling<br>Aaron M. Street<br>BAKER BOTTS, LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002-4995<br>Tel: (713) 229-1234<br>Fax: (713) 229-2099 | |