IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al.,<br><br>      Plaintiffs,<br>v.<br><br>HALLIBURTON COMPANY, et al.,<br><br>      Defendants. | Civil Action No. 3:02-CV-1152-M |

## **LEAD PLAINTIFF'S NOTICE OF NAME CHANGE**

Lead Plaintiff hereby submits notice to this Court that on February 11, 2009, Lead Plaintiff formally changed its name from the "Archdiocese of Milwaukee Supporting Fund, Inc.," to the "Erica P. John Fund, Inc." Lead Plaintiff's change of name was recorded in the official corporate records for the Wisconsin Department of Financial Institutions, which can be viewed at the following website:

https://www.wdfi.org/apps/CorpSearch/Details.aspx?entityID=A030907&hash=1401809894&searchFunctionID=e87b73d4-d246-4561-ace6-dde7a3a8204c&type=Simple&q=ERICA+JOHN+FUND.

Lead Plaintiffs notified the Fifth Circuit of the name change during the pendency of the appeal of this Court's November 4, 2008, order denying class certification, and the caption on appeal was changed accordingly.

                                                                    Respectfully submitted,

| | |
|---|---|
| /s/ Neil Rothstein<br>KAHN SWICK & FOTI, LLC<br>Lewis Kahn, Esq.<br>Michael Swick, Esq. | /s/ Carl E. Goldfarb<br>BOIES, SCHILLER & FLEXNER LLP<br>David Boies<br>(*admitted pro hac vice*) |

Neil Rothstein, Esq.
(*admitted pro hac vice*)
206 Covington Street
Madisonville, LA  70447
Telephone: (504) 455.1400
Facsimile:   (504) 455.1498

Kim Miller, Esq.
500 Fifth Avenue, Suite 1810
New York, NY  10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

**SPECIAL COUNSEL TO LEAD PLAINTIFF, THE
ERICA P. JOHN FUND, INC.**

333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile:   (914) 749-8300

Carl E. Goldfarb
(*admitted pro hac vice*)
Justin Fitzdam
(*admitted pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL  33301
Telephone:  (954) 356-0011
Facsimile:    (954) 356-0022

**LEAD COUNSEL FOR LEAD PLAINTIFF, THE
ERICA P. JOHN FUND, INC.**

E. Lawrence Vincent, SBN 20585590
The Law Office of Joe H. Staley, Jr., P.C.
3100 Monticello Ave., Suite 850
Dallas, Texas  75205
Telephone: (214) 739-3700
Facsimile: (214) 739-1919

**ATTORNEY FOR LEAD PLAINTIFF,
THE ERICA P. JOHN FUND INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:**

That on February 22, 2012, LEAD PLAINTIFF'S NOTICE OF NAME CHANGE was electronically submitted to the Clerk of the Unites States District Court of Appeals for the Fifth Circuit through the Court's CM/ECF system. The following counsel of record were served by the court's CM/ECF system the same day:

| | |
|---|---|
| **Donald E. Godwin**<br>GODWIN RONQUILLO P.C.<br>1201 Elm Street, Suite 1700<br>Dallas, TX  75270<br>Tel: (214)939-4400<br>Fax: (214) 760-7332 | |
| **David D. Sterling**<br>**Aaron M. Street**<br>BAKER BOTTS, LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas  77002-4995<br>Tel: (713) 229-1234<br>Fax: (713) 229-2099 | **Robb L. Voyles**<br>**Jessica B Pulliam**<br>BAKER BOTTS, LLP<br>2001 Ross Avenue<br>Dallas, TX  75201-2980<br>Tel: (214) 953-6500<br>Fax: (214) 953-6503 |

/s/ Carl E. Goldfarb
Carl E. Goldfarb

3