IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al., | § § § | |
| Plaintiffs, | § | Civil Action No. 3:02-CV-1152-M |
| v. | § § | |
| HALLIBURTON COMPANY, et al., | § § | |
| Defendants. | § § § | |

**PARTIES' JOINT MOTION FOR A
STAY PENDING RULING ON DEFENDANTS' APPEAL**

On May 22, 2012, the United State Court of Appeals for the Fifth Circuit issued an order (attached as Ex. A), granting Defendants' request for permission to file an interlocutory appeal of this Court's January 27, 2012, order certifying a class in this action. In light of the Fifth Circuit's order, the parties respectively request that this Court stay proceedings in this Court, including its May 14, 2012 Order, D.E. 475, directing the parties to submit a scheduling report by June 13, until the Fifth Circuit has issued a final order, resolving the appeal.

Respectfully submitted,

/s/ David Boies
BOIES, SCHILLER & FLEXNER LLP
David Boies
(*admitted pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

**LEAD COUNSEL FOR LEAD PLAINTIFF,
THE ERICA P. JOHN FUND, INC., AND THE
CLASS**

/s/ Robb L. Voyles
Robb L. Voyles
Jessica B. Pulliam
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, TX 75201-2980
Tel: (214) 953-6500
Fax: (214) 953-6503
robb.voyles@bakerbotts.com
jessica.pulliam@bakerbotts.com
**ATTORNEY FOR DEFENDANTS**

1

| | |
|---|---|
| Carl E. Goldfarb<br>(*admitted pro hac vice*)<br>Justin Fitzdam<br>(*admitted pro hac vice*)<br>401 E. Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL  33301<br>Telephone:  (954) 356-0011<br>Facsimile:   (954) 356-0022<br><br>**LEAD COUNSEL FOR LEAD PLAINTIFF, THE ERICA P. JOHN FUND, INC., AND THE CLASS** | David D. Sterling<br>Aaron M. Streett<br>BAKER BOTTS, LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas  77002-4995<br>Tel: (713) 229-1234<br>Fax: (713) 229-2099<br>david.sterling@bakerbotts.com<br>aaron.streett@bakerbotts.com<br><br>**ATTORNEY FOR DEFENDANTS** |
| E. Lawrence Vincent, SBN 20585590<br>The Law Office of Joe H. Staley, Jr., P.C.<br>3100 Monticello Ave., Suite 850<br>Dallas, Texas  75205<br>Telephone: (214) 739-3700<br>Facsimile: (214) 739-1919<br><br>**ATTORNEY FOR LEAD PLAINTIFF, THE ERICA P. JOHN FUND INC. , AND THE CLASS** | Donald E. Godwin<br>GODWIN RONQUILLO P.C.<br>1201 Elm Street, Suite 1700<br>Dallas, TX  75270<br>Tel: (214)939-4400<br>Fax: (214) 760-7332<br><br>**ATTORNEY FOR DEFENDANTS** |
| KAHN SWICK & FOTI, LLC<br>Lewis Kahn, Esq.<br>Michael Swick, Esq.<br>Neil Rothstein, Esq.<br>(*admitted pro hac vice*)<br>206 Covington Street<br>Madisonville, LA  70447<br>Telephone: (504) 455.1400<br>Facsimile:  (504) 455.1498<br><br>**SPECIAL COUNSEL TO LEAD PLAINTIFF, THE ERICA P. JOHN FUND, INC., AND COUNSEL FO R THE CLASS** | |
| Kim Miller, Esq.<br>500 Fifth Avenue, Suite 1810<br>New York, NY  10110<br>Telephone: (212) 696-3730<br>Facsimile:  (504) 455-1498<br><br>**SPECIAL COUNSEL TO LEAD PLAINTIFF, THE ERICA P. JOHN FUND, INC., AND COUNSEL FOR THE CLASS** | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY:** That on June 1, 2012, the foregoing was electronically submitted to the Clerk of the Unites States District Court of Appeals for the Fifth Circuit through the Court's MC/CF system and served on counsel of record through the Court's MC/CF system.

/s/ Carl E. Goldfarb
Carl E. Goldfarb