IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., et al., | § § § § | |
| Plaintiffs, | § | Civil Action No. 3:02-CV-1152-M |
| v. | § § | |
| HALLIBURTON COMPANY, et al., | § § | |
| Defendants. | § § | |

[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION FOR A
STAY PENDING RULING ON DEFENDANTS' APPEAL

THIS CAUSE came before the Court upon the Parties' Joint Motion for a Stay Pending Ruling on Defendants' Appeal. Upon due consideration, and for good cause shown, the motion is granted. This matter is hereby stayed until the Fifth Circuit has issued a final order resolving the interlocutory appeal. In light of the stay, the parties do not need to submit a Scheduling Report by June 13, 2012, as originally required by this Court's May 14, 2012 Order, D.E. 475. This stay shall remain in effect until further order of the Court.

SO ORDERED

Dated: _____6/4_____, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

cc: Counsel of Record