IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC. et al., On Behalf of itself and All Others Similarly Situated,<br><br>Lead Plaintiff,<br><br>vs.<br><br>HALLIBURTON COMPANY, et al.,<br><br>Defendants. | § § § § § § § § § § § § § § | Master Docket No. 3:02-CV-1152-M<br><br>CLASS ACTION |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective June 26, 2013, the New York, NY office of

Kahn Swick & Foti, LLC has a new address.  Counsel's new contact information is below:

Kim E. Miller
KAHN SWICK & FOTI, LLC
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

DATED:        June 26, 2013                    /s/ Kim E. Miller
                                               Kim E. Miller (*admitted pro hac vice*)
                                               KAHN SWICK & FOTI, LLC
                                               250 Park Avenue, Suite 2040
                                               New York, NY 10177
                                               Telephone: (212) 696-3730
                                               Facsimile: (504) 455-1498


                                               Lewis S. Kahn
                                               Michael Swick, Esq.
                                               Neil Rothstein, Esq.
                                               (*admitted pro hac vice*)
                                               KAHN SWICK & FOTI, LLC
                                               206 Covington Street
                                               Madisonville, LA 70447
                                               Telephone: (504) 455-1400
                                               Facsimile: (504) 455-1498

                                               *Additional Counsel for the Class*


## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2013, the foregoing was filed through the ECF system

and will be sent electronically to the registered participants as identified on the Notice of

Electronic Filing.

                                               /s/ Kim E. Miller
                                               Kim E. Miller