**MINUTE ORDER - UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

PLACE:  Dallas                   JUDGE:  **Barbara M. G. Lynn**        DATE: December 3, 2013

REPORTER: Sue Engledow          MARSHAL:                    DEPUTY: Jared Eisenberg (clerk)

INTERPRETER:                    CSO: John T. Williams          COURT TIME: 55 Mins TTL

---

## CIVIL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|------|---------------------|---------------------------|---------------|
| 9:45 a.m. | 3:02-CV-1152-M In re: Erica P. John Fund, Inc. vs. Halliburton Co., & David J. Lesar | MOTION HEARING | Pla - Carl Goldfarb Pla - Kim Miller Dft - David Sterling Dft - Jessica Pulliam Dft - Tom O'Brien |

The Court held a hearing on Plaintiff's Motion to Compel [Docket Entry Nos. 496 and 498].  Plaintiff's Motion to Compel on the Production of Documents from Defendants Halliburton Company and David J. Lesar [Docket Entry No. 496] is **GRANTED**. Defendants shall produce, no later than January 31, 2014, the discovery sought by Plaintiff in this Motion to the extent Defendants have not already done so.  Pursuant to the parties' representations at the hearing, Plaintiff's Motion to Compel Production of Documents [Docket Entry No. 498] is **DENIED as moot**.

No order to enter.

10:40 a.m.                         Hearing concluded.