UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ERICA P. JOHN FUND, INC., et al., *On Behalf of Itself and All Others Similarly Situated*,<br><br>Plaintiff,<br><br>vs.<br><br>HALLIBURTON COMPANY and DAVID J. LESAR,<br><br>Defendants. | CIVIL ACTION NO.: 3:02-CV-1152-M<br><br>CLASS ACTION |

### [~~PROPOSED~~] AGREED ORDER MODIFYING SCHEDULING ORDER

Before the Court is the Parties' Joint Motion to Modify Amended Scheduling Order and Memorandum in Support moving this Court for a 120-day extension of all deadlines contained in the Amended Scheduling Order (Doc. # 486).

The Court, having considered the Joint Motion to Modify Amended Scheduling Order and Memorandum in Support, and finding the Parties have made a showing of good cause pursuant to Fed. R. Civ. P. 16(b) and "extraordinary circumstances" under the Amended Scheduling Order, hereby orders that the Joint Motion is **GRANTED**. The deadlines contained in the Amended Scheduling Order (Doc. # 486) shall be modified as follows:

| ¶ in Amended Scheduling Order [Doc. # 486] | EVENT DESCRIPTIONS | CURRENT DEADLINES | MODIFIED DEADLINES BY 120 DAYS |
|---|---|---|---|
| 1 | Trial Date | May 15, 2015 | September 15, 2015 |
| 2 | Dispositive Motions | November 21, 2014 | March 20, 2015 |
| 2 | Opposition to Dispositive Motions | January 9, 2015 | May 4, 2015 |
| 2 | Replies to Dispositive Motions | February 6, 2015 | June 3, 2015 |
| 3 | Motion for Class Certification | Expired | Expired |
| 4 | Initial Designation of Experts | June 27, 2014 | October 27, 2014 |
| 5 | Responsive Designation of Experts | July 29, 2014 | December 5, 2014 |
| 6 | Designation of Any Reply Experts and Submission of Reply Expert Reports | August 29, 2014 | January 8, 2015 |
| 7 | Objection to Experts | November 21, 2014 | March 20, 2015 |
| 7 | Responses to Objection to Experts | January 9, 2015 | May 4, 2015 |
| 7 | Replies to Objection to Experts | February 6, 2015 | June 3, 2015 |
| 8 | Pretrial Disclosures and Objections | April 20, 2015 | August 18, 2015. |
| 9 | Completion of Factual Discovery | June 20, 2014 | October 20, 2014 |
| 9 | Completion of Expert Discovery | October 13, 2014 | February 10, 2015 |
| 10 | Settlement Status Report and Settlement Conference | September 15, 2014 | January 13, 2015 |
| 10 | Parties must meet to discuss settlement | March 30, 2015 | July 28, 2015 |
| 11(a) | Pretrial Order, Witness List, Exhibit List and Deposition Testimony | April 20, 2015 | August 18, 2015 |
| 11(b) | Jury instructions and Proposed Voir Dire | April 27, 2015 | August 25, 2015 |
| 12 | Objections to Pretrial Materials and Motions in Limine | April 29, 2015 | August 27, 2015 |
| 13 | Pretrial Conference | May 6, 2015 | September 3, 2015 |

AGREED BY:

| | |
|---|---|
| /s/David D. Sterling | /s/ Carl E. Goldfarb |
| David D. Sterling | Carl E. Goldfarb |
| State Bar No. 19170000 | *(admitted pro hac vice)* |
| One Shell Plaza | BOIES, SCHILLER & FLEXNER LLP |
| 910 Louisiana Street | 401 E. Las Olas Blvd., Suite 1200 |
| Houston, Texas 77002 | Ft. Lauderdale, FL 33301 |
| Telephone No. (713) 229-1234 | Tel: (954) 356-0011 |
| Facsimile No. (713) 229-2099 | Fax: (954) 356-0022 |
| david.sterling@bakerbotts.com | |

*COUNSEL FOR DEFENDANTS HALLIBURTON COMPANY AND DAVID J. LESAR*

*LEAD COUNSEL TO LEAD PLAINTIFF, THE ERICA P. JOHN FUND, INC., AND THE CLASS*

IT IS SO ORDERED this 27 day of March, 2014.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS