IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
August 28, 2014
Lyle W. Cayce
Clerk

No. 12-10544

ERICA P. JOHN FUND, INCORPORATED, formerly known as Archidiocese of Milwaukee Supporting Funds, Inc., On Behalf of Itself and All Others Similarly Situated,

Plaintiff-Appellee,

v.

HALLIBURTON COMPANY,

Defendant-Appellant.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - ● 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

---

LORI A. RUSSO, On Behalf of Herself and All Others Similarly Situated,

Plaintiff

v.

HALLIBURTON COMPANY; DAVID J. LESAR,

Defendants-Appellants,

---

ERNEST HACK, On Behalf of Himself and All Others Similarly Situated,

Plaintiff

HALLIBURTON COMPANY; DAVID J. LESAR,

Defendants-Appellants,

No. 12-10544

POLAR INVESTMENT CLUB, On Behalf of Itself and All Others Similarly Situated,

Plaintiff

v.

HALLIBURTON COMPANY; DAVID J. LESAR,

Defendants-Appellants

---

Appeal from the United States District Court
for the Northern District of Texas

---

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before DAVIS, GRAVES and HIGGINSON, Circuit Judges.

PER CURIAM:

This case returns to us on remand from the Supreme Court, No. 13-317, *Halliburton Co., et al. v. Erica P. John Fund, Inc., fka Archdiocese of Milwaukee Supporting Fund, Inc.* following the Court's grant of a *Writ of Certiorari* to consider our affirmance of the district court's judgment. The Supreme Court reversed our judgment and remanded this case to us for further proceedings consistent with the opinion of the Court. Accordingly, we VACATE the district court judgment. We REMAND this case to the District Court for the Northern District of Texas for further proceedings consistent with the Supreme Court's opinion.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 28, 2014

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242



    No. 12-10544   Erica P. John Fund, Inc. v. Halliburton
                   Company, et al
                   USDC No. 3:02-CV-1152
                   USDC No. 3:02-CV-1615
                   USDC No. 3:02-CV-2067
                   USDC No. 3:02-CV-2373

Dear Ms. Mitchell,

We are enclosing a copy of an opinion-order on remand from the United States Supreme Court. This opinion is issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Joseph M. Armato, Deputy Clerk

Enclosure(s)

cc:  Honorable Barbara M. G. Lynn
     Mr. David Boies
     Mr. William B. Federman
     Mr. Justin Daniel Fitzdam
     Mr. Carl Edward Goldfarb
     Mr. Jose Luis Gonzalez
     Mr. Brian N. Hail
     Mr. John Benjamin Lawrence