**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| THE ERICA P. JOHN FUND, INC., On Behalf of Itself and All Others Similarly Situated, | § | |
| | § | |
| Lead Plaintiff, | § | |
| | § | Civil Action No. 3:02-CV-1152-M |
| vs. | § | |
| | § | |
| HALLIBURTON COMPANY and DAVID J. LESAR, | § | |
| | § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF HALLIBURTON'S BRIEF ON PRICE IMPACT DEMONSTRATING THAT CLASS CERTIFICATION MUST BE DENIED**

Respectfully submitted,

BAKER BOTTS L.L.P.

s/ *Jessica B. Pulliam*

Jessica B. Pulliam
State Bar No. 24037309
Thomas E. O'Brien
State Bar No. 24046543
John B. Lawrence
State Bar No. 24055825
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone No. (214) 953-6500
Facsimile No. (214) 953-6503

David Sterling
State Bar No. 19170000
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone No. (713) 229-1234
Facsimile No. (713) 229-2099

*Counsel For Defendants Halliburton Company and David J. Lesar*

# TABLE OF CONTENTS

## September 10, 2014 Report of Lucy Allen


| | | |
|---|---|---|
| Exhibit 1 | Sept. 10, 2014 Expert Report of Lucy P. Allen | App. 0001–179.001 |


## SEC Filings & Press Releases


| | | |
|---|---|---|
| Exhibit 2 | Oct. 23, 1998 Halliburton 1998 Form 8-K | App. 0180–0244 |
| Exhibit 3 | Mar. 23, 1999 Halliburton 1998 Form 10-K (Excerpts) | App. 0245–0251 |
| Exhibit 4 | May 14, 1999 Halliburton Q1 1999 Form 10-Q (Excerpts) | App. 0252–0257 |
| Exhibit 5 | July 22, 1999 Halliburton Press Release, Halliburton Reports 1999 Second Quarter Earnings | App. 0258–0259 |
| Exhibit 6 | Aug. 13, 1999 Halliburton Q2 1999 Form 10-Q (Excerpts) | App. 0260–0262 |
| Exhibit 7 | Oct. 4, 1999 Halliburton Press Release, Halliburton To Sell Two Joint Ventures, Announces Earnings Outlook | App. 0263–0264 |
| Exhibit 8 | Oct. 21, 1999 Halliburton Press Release, Halliburton Reports 1999 Third Quarter Earnings | App. 0265–0266 |
| Exhibit 9 | Nov. 15, 1999 Halliburton Q3 1999 Form 10-Q (Excerpts) | App. 0267–0271 |
| Exhibit 10 | Jan. 27, 2000 Halliburton Press Release, Halliburton Reports $.17 Per Share Operating Earnings for 1999 Fourth Quarter | App. 0272–0273 |
| Exhibit 11 | Mar. 14, 2000 Halliburton 1999 Form 10-K (Excerpts) | App. 0274–0283 |
| Exhibit 12 | Halliburton 1999 Annual Report (Excerpts) | App. 0284–0288 |
| Exhibit 13 | April 26, 2000 Halliburton Press Release, Halliburton Announces First Quarter 11 Cents Per Share Before Gain on Sale - Also to Sell Dresser Equipment Group and Implement Share Repurchase Program | App. 0289–0301 |
| Exhibit 14 | May 15, 2000 Halliburton Q1 2000 Form 10-Q (Excerpts) | App. 0302–0309 |
| Exhibit 15 | July 26, 2000 Halliburton Press Release, Halliburton Announces Second Quarter Earnings of 17 Cents Per Share | App. 0310–0316 |

Exhibit 16 Aug. 10, 2000 Halliburton Q2 2000 Form 10-Q (Excerpts) .......... App. 0317–0324

Exhibit 17 Oct. 24, 2000 Halliburton Press Release, Halliburton Releases Third Quarter Earnings, Up Significantly Over Prior Year And Previous Quarter .......... App. 0325–0327

Exhibit 18 Nov. 9, 2000 Halliburton Q3 2000 Form 10-Q (Excerpts) .......... App. 0328–0335

Exhibit 19 Dec. 21, 2000 Halliburton Press Release, Halliburton Announces New Structure and Engineering and Construction Charges .......... App. 0336–0338

Exhibit 20 Jan. 30, 2001 Halliburton Press Release, Halliburton Releases Fourth Quarter Results, Energy Services Group Income More Than Doubles Over Prior Year .......... App. 0339–0341

Exhibit 21 Mar. 27, 2001 Halliburton 2000 Form 10-K (Excerpts) .......... App. 0342–0349

Exhibit 22 April 25, 2001 Halliburton Press Release, Halliburton Company First Quarter Earnings Increase 219 Percent - Energy Services Group Operating Income Quadruples .......... App. 0350–0358

Exhibit 23 May 11, 2001 Halliburton Q1 2001 Form 10-Q (Excerpts) .......... App. 0359–0366

Exhibit 24 June 28, 2001 Halliburton Press Release, Harbison-Walker Asks Halliburton for Assistance with Asbestos Claims .......... App. 0367–0368

Exhibit 25 July 25, 2001 Halliburton Press Release, Halliburton Company Second Quarter Revenues and Earnings Continue to Soar .......... App. 0369–0375

Exhibit 26 Aug. 9, 2001 Halliburton Q2 2001 Form 10-Q (Excerpts) .......... App. 0376–0391

Exhibit 27 Oct. 30, 2001 Halliburton Press Release, Halliburton Disputes Asbestos Claims (as included in Nov. 7, 2001 Halliburton Form 8-K) .......... App. 0392–0396

Exhibit 28 Nov. 8, 2001 Halliburton Q3 2001 Form 10-Q (Excerpts) .......... App. 0397–0419

Exhibit 29 Dec. 4, 2001 Halliburton Form 8-K .......... App. 0420–0422

Exhibit 30 Dec. 7, 2001 Halliburton Press Release, Halliburton Comments on Asbestos Judgments..........................................App. 0423–0425

Exhibit 31 Mar. 12, 2002 Halliburton 2001 Form 10-K (Excerpts)...........App. 0426–0440

Exhibit 32 May 28, 2002 Halliburton Press Release, Halliburton Reports SEC Investigation of Accounting Practice..................App. 0441–0442


**<u>Conference Call Transcripts</u>**


Exhibit 33 Oct. 1, 1998 Halliburton Conference Call Transcript ..............App. 0443–0502

Exhibit 34 Jan. 25, 1999 Halliburton Conference Call Transcript ............App. 0503–0533

Exhibit 35 April 26, 1999 Halliburton Conference Call Transcript .......... App. 0534–0571

Exhibit 36 July 22, 1999 Halliburton Conference Call Transcript ............App. 0572–0622

Exhibit 37 Oct. 4, 1999 Halliburton Conference Call Transcript ..............App. 0623–0642

Exhibit 38 Oct. 21, 1999 Halliburton Conference Call Transcript ............App. 0643–0673

Exhibit 39 Jan. 27, 2000 Halliburton Conference Call Transcript ............App. 0674–0701

Exhibit 40 April 26, 2000 Halliburton Conference Call Transcript ..........App. 0702–0763

Exhibit 41 July 26, 2000 Halliburton Conference Call Transcript.............App. 0764–0798

Exhibit 42 Oct. 24, 2000 Halliburton Conference Call Transcript ............App. 0799–0840

Exhibit 43 Jan. 30, 2001 Halliburton Conference Call Transcript (Excerpts)....................................................................App. 0841–0850

Exhibit 44 April 25, 2001 Halliburton Conference Call Transcript...........App. 0851–0860

Exhibit 45 July 25, 2001 Halliburton Conference Call Transcript (Excerpts) ...................................................................App. 0861–0862

Exhibit 46 Oct. 23, 2001 Halliburton Conference Call Transcript (Excerpts)....................................................................App. 0863–0871


**<u>Analyst Reports and Credit Agency Reports</u>**


Exhibit 47 Mar. 13, 1998 Merrill Lynch Analyst Report ..........................App. 0872–0875

Exhibit 48 April 7, 1998 Prudential Securities Analyst Report .................App. 0876–0888

Exhibit 49 Oct. 3, 1998 Robinson-Humphrey Analyst Report ..................App. 0889–0908

Exhibit 50 Oct. 7, 1998 Prudential Securities Analyst Report .................. App. 0909–0920

Exhibit 51 Nov. 9, 1998 CIBC Analyst Report ........................................ App. 0921–0938

Exhibit 52 Jan. 27, 1999 Merrill Lynch Analyst Report ........................... App. 0939–0942

Exhibit 53 Mar. 1, 1999 Donaldson, Lufkin & Jenrette Analyst Report ........................................................................ App. 0943–0959

Exhibit 54 April 27, 1999 First Union Analyst Report ............................. App. 0960–0964

Exhibit 55 April 27, 1999 Salomon Smith Barney Analyst Report - Pt. 1 ........................................................................... App. 0965–0969

Exhibit 56 April 27, 1999 Salomon Smith Barney Analyst Report - Pt. 2 ........................................................................... App. 0970–0973

Exhibit 57 May 4, 1999 Donaldson, Lufkin & Jenrette Analyst Report ........................................................................ App. 0974–0976

Exhibit 58 May 4, 1999 Salomon Smith Barney Analyst Report .............. App. 0977–0984

Exhibit 59 July 23, 1999 Dain Rauscher Wessels Analyst Report (Halliburton Report Better Than Expected) ............................ App. 0985–0987

Exhibit 60 July 23, 1999 Dain Rauscher Wessels Analyst Report (Morning Meeting Summary) ................................................ App. 0988–0998

Exhibit 61 July 23, 1999 Merrill Lynch Analyst Report ........................... App. 0999–1000

Exhibit 62 Sept. 14, 1999 Dain Rauscher Wessels Analyst Report ......... App. 1001–1004

Exhibit 63 Oct. 5, 1999 Brown Brothers Harriman Analyst Report ......... App. 1005–1006

Exhibit 64 Oct. 5, 1999 CIBC Analyst Report ........................................ App. 1007–1011

Exhibit 65 Oct. 5, 1999 Dain Rauscher Wessels Analyst Report ............. App. 1012–1014

Exhibit 66 Oct. 5, 1999 Deutsche Bank Analyst Report ........................... App. 1015–1017

Exhibit 67 Oct. 5, 1999 Jefferies Analyst Report ..................................... App. 1018–1019

Exhibit 68 Oct. 5, 1999 Merrill Lynch Analyst Report ............................. App. 1020–1021

Exhibit 69 Oct. 5, 1999 Morgan Stanley Analyst Report .......................... App. 1022–1026

Exhibit 70 Oct. 5, 1999 Robinson-Humphrey Analyst Report.................. App. 1027–1033

Exhibit 71 Oct. 6, 1999 Brown Brothers Harriman Analyst Report ......... App. 1034–1036

| | | |
|---|---|---|
| Exhibit 72 | Oct. 6, 1999 Dresdner Kleinworth Benson Analyst Report | App. 1037–1038 |
| Exhibit 73 | Oct. 15, 1999 Salomon Smith Barney Analyst Report | App. 1039–1050 |
| Exhibit 74 | Oct. 22, 1999 Robinson-Humphrey Analyst Report | App. 1051–1058 |
| Exhibit 75 | Oct. 22, 1999 Salomon Smith Barney Analyst Report - Pt. 1 | App. 1059–1062 |
| Exhibit 76 | Oct. 22, 1999 Salomon Smith Barney Analyst Report - Pt. 2 | App. 1063–1064 |
| Exhibit 77 | Oct. 28, 1999 Brown Brothers Harriman Analyst Report | App. 1065–1076 |
| Exhibit 78 | Nov. 24, 1999 Credit Suisse Analyst Report | App. 1077–1116 |
| Exhibit 79 | Jan. 5, 2000 Brown Brothers Harriman Analyst Report | App. 1117–1118 |
| Exhibit 80 | Jan. 5, 2000 Merrill Lynch Analyst Report | App. 1119–1122 |
| Exhibit 81 | Jan. 28, 2000 Morgan Stanley Analyst Report | App. 1123–1126 |
| Exhibit 82 | April 5, 2000 Donaldson, Lufkin & Jenrette Analyst Report | App. 1127–1129 |
| Exhibit 83 | Oct. 9, 2000 Jefferies Analyst Report | App. 1130–1132 |
| Exhibit 84 | Oct. 25, 2000 A.G. Edwards Analyst Report | App. 1133–1136 |
| Exhibit 85 | Oct. 25, 2000 CIBC Analyst Report | App. 1137–1141 |
| Exhibit 86 | Oct. 25, 2000 Dain Rauscher Wessels Analyst Report | App. 1142–1144 |
| Exhibit 87 | Oct. 25, 2000 Frost Securities Analyst Report | App. 1145–1148 |
| Exhibit 88 | Oct. 25, 2000 ING Barings Analyst Report | App. 1149–1150 |
| Exhibit 89 | Oct. 25, 2000 Jefferies Analyst Report | App. 1151–1154 |
| Exhibit 90 | Oct. 25, 2000 Merrill Lynch Analyst Report | App. 1155–1158 |
| Exhibit 91 | Oct. 25, 2000 Morgan Stanley Analyst Report | App. 1159–1162 |
| Exhibit 92 | Oct. 25, 2000 Prudential Securities Analyst Report | App. 1163–1164 |
| Exhibit 93 | Oct. 25, 2000 Salomon Smith Barney Analyst Report | App. 1165–1168 |

| | | |
|---|---|---|
| Exhibit 94 | Oct. 26, 2000 Jefferies Analyst Report | App. 1169–1171 |
| Exhibit 95 | Nov. 13, 2000 Jefferies Analyst Report | App. 1172–1174 |
| Exhibit 96 | Dec. 21, 2000 A.G. Edwards Analyst Report | App. 1175–1179 |
| Exhibit 97 | Dec. 21, 2000 CIBC Analyst Report | App. 1180–1185 |
| Exhibit 98 | Dec. 21, 2000 Salomon Smith Barney Analyst Report | App. 1186–1187 |
| Exhibit 99 | Dec. 22, 2000 Jefferies Analyst Report | App. 1188–1189 |
| Exhibit 100 | Dec. 26, 2000 PNC Advisors Analyst Report | App. 1190–1197 |
| Exhibit 101 | April 25, 2001 Salomon Smith Barney Analyst Report | App. 1198–1200 |
| Exhibit 102 | April 26, 2001 CIBC Analyst Report | App. 1201–1204 |
| Exhibit 103 | April 26, 2001 Credit Suisse Analyst Report | App. 1205–1207 |
| Exhibit 104 | April 26, 2001 Dain Rauscher Wessels Analyst Report | App. 1208–1210 |
| Exhibit 105 | April 26, 2001 Deutsche Bank Analyst Report | App. 1211–1216 |
| Exhibit 106 | April 26, 2001 Dresdner Analyst Report | App. 1217–1221 |
| Exhibit 107 | April 26, 2001 Lehman Brothers Analyst Report | App. 1222–1224 |
| Exhibit 108 | April 26, 2001 Morgan Stanley Dean Witter Analyst Report | App. 1225–1229 |
| Exhibit 109 | April 26, 2001 PNC Analyst Report | App. 1230 |
| Exhibit 110 | April 26, 2001 Prudential Financial Analyst Report | App. 1231–1233 |
| Exhibit 111 | April 26, 2001 Robinson-Humphrey Analyst Report | App. 1234–1235 |
| Exhibit 112 | April 26, 2001 UBS Warburg Analyst Report | App. 1236–1238 |
| Exhibit 112-A | April 27, 2001 A.G. Edwards Analyst Report | App. 1238.001–1238.005 |
| Exhibit 113 | April 30, 2001 ABN-AMRO Analyst Report | App. 1239–1240 |
| Exhibit 114 | June 29, 2001 Deutsche Bank Analyst Report | App. 1241–1242 |
| Exhibit 115 | June 29, 2001 Merrill Lynch Analyst Report | App. 1243–1244 |
| Exhibit 116 | June 29, 2001 Morgan Stanley Dean Witter Analyst Report | App. 1245–1247 |

| | | |
|---|---|---|
| Exhibit 117 | June 29, 2001 Salomon Smith Barney Analyst Report | App. 1248–1251 |
| Exhibit 118 | July 26, 2001 Dain Rauscher Wessels Analyst Report | App. 1252–1254 |
| Exhibit 119 | July 26, 2001 Deutsche Bank Analyst Report | App. 1255–1260 |
| Exhibit 120 | July 26, 2001 Robinson-Humphrey Analyst Report | App. 1261–1264 |
| Exhibit 121 | Aug. 10, 2001 A.G. Edwards Analyst Report | App. 1265–1268 |
| Exhibit 122 | Aug. 22, 2001 Salomon Smith Barney Analyst Report | App. 1269–1320 |
| Exhibit 123 | Oct. 5, 2001 Deutsche Bank Analyst Report | App. 1321–1322 |
| Exhibit 124 | Oct. 23, 2001 A.G. Edwards Analyst Report | App. 1323–1327 |
| Exhibit 125 | Oct. 23, 2001 Salomon Smith Barney Analyst Report | App. 1328–1330 |
| Exhibit 126 | Oct. 24, 2001 Deutsche Bank Analyst Report | App. 1331–1333 |
| Exhibit 127 | Oct. 24, 2001 UBS Warburg Analyst Report (Halliburton: Meets Estimates) | App. 1334–1353 |
| Exhibit 128 | Oct. 24, 2001 UBS Warburg Analyst Report (OilField Services) | App. 1354–1357 |
| Exhibit 129 | Oct. 24, 2001 Wachovia Analyst Report | App. 1358–1359 |
| Exhibit 130 | Oct. 31, 2001 A.G. Edwards Analyst Report | App. 1360–1361 |
| Exhibit 131 | Oct. 31, 2001 Salomon Smith Barney Analyst Report | App. 1362–1365 |
| Exhibit 132 | Nov. 9, 2001 Salomon Smith Barney Analyst Report | App. 1366–1381 |
| Exhibit 132-A | Dec. 5, 2001 A.G. Edwards Analyst Report | App. 1381.001–1381.004 |
| Exhibit 133 | Dec. 5, 2001 SunTrust Robinson Humphrey Analyst Report | App. 1382–1384 |
| Exhibit 134 | Dec. 7, 2001 Buckingham Analyst Report (On B.F. Goodrich) | App. 1385–1386 |
| Exhibit 135 | Dec. 7, 2001 Deutsche Bank Analyst Report (On Viacom) | App. 1387–1388 |
| Exhibit 136 | Dec. 7, 2001 Hibernia Analyst Report | App. 1389 |
| Exhibit 137 | Dec. 7, 2001 Moody's Credit Report | App. 1390–1392 |

Exhibit 138 Dec. 7, 2001 Salomon Smith Barney Analyst Report ............App. 1393–1395

Exhibit 139 Dec. 7, 2001 UBS Warburg Analyst Report.......................... App. 1396–1397

Exhibit 140 Dec. 10, 2001 A.G. Edwards Analyst Report .........................App. 1398–1403

Exhibit 141 Dec. 10, 2001 Credit Suisse Analyst Report ...........................App. 1404–1409

Exhibit 142 Dec. 10, 2001 Deutsche Bank Analyst Report .......................App. 1410–1411

Exhibit 143 Dec. 10, 2001 Jefferies Analyst Report .................................App. 1412–1414

Exhibit 144 Dec. 10, 2001 RBC Analyst Report ......................................App. 1415–1417

Exhibit 145 Dec. 10, 2001 Salomon Smith Barney Analyst Report (On Viacom) ..........................................................................App. 1418–1420

Exhibit 146 Dec. 10, 2001 SunTrust Robinson Humphrey Analyst Report (Halliburton: Asbestos Reaction Exaggerated) ..........App. 1421–1423

Exhibit 147 Dec. 10, 2001 SunTrust Robinson Humphrey Analyst Report (Halliburton: Comments from Conference Call) .........App. 1424–1426

Exhibit 148 Dec. 10, 2001 SWS Securities Analyst Report .......................App. 1427–1429

Exhibit 149 Dec. 10, 2001 UBS Warburg Analyst Report .........................App. 1430–1431

Exhibit 150 Dec. 11, 2001 Bear Stearns Analyst Report ...........................App. 1432–1433

Exhibit 151 Dec. 11, 2001 CIBC Analyst Report .....................................App. 1434–1444

Exhibit 152 Dec. 11, 2001 Salomon Smith Barney Analyst Report ..........App. 1445–1447

Exhibit 153 Dec. 11, 2001 Standard and Poor's Credit Report ...................App. 1448–1450

Exhibit 154 Dec. 13, 2001 Bear Stearns Analyst Report ...........................App. 1451–1453

Exhibit 155 Dec. 14, 2001 ABN-AMRO Analyst Report (On Pfizer).........App. 1454–1457

Exhibit 156 Jan. 23, 2002 Moody's Credit Report .....................................App. 1458–1461

Exhibit 157 Jan. 24, 2002 UBS Warburg Analyst Report ..........................App. 1462–1467

Exhibit 158 Jan. 28, 2002 SunTrust Robinson Humphrey Analyst Report ........................................................................................App. 1468–1478

Exhibit 159 Jan. 29, 2002 Morgan Stanley Analyst Report .......................App. 1479–1527

Exhibit 160 Feb. 15, 2002 CIBC Analyst Report ......................................App. 1528–1531

Exhibit 161 Feb. 15, 2002 Jefferies Analyst Report....................................App. 1532–1534

Exhibit 162 Mar. 20, 2002 Lehman Brothers Analyst Report .....................App. 1535–1588

Exhibit 163 May 29, 2002 RBC Capital Markets Analyst Report ..............App. 1589–1590

Exhibit 164 May 30, 2002 CIBC Analyst Report .......................................App. 1591–1593

Exhibit 165 May 30, 2002 Deutsche Bank Analyst Report .........................App. 1594–1595

Exhibit 166 May 30, 2002 Morgan Stanley Analyst Report .......................App. 1596–1600

Exhibit 167 May 30, 2002 Salomon Smith Barney Analyst Report ............App. 1601–1603

**News Articles**

Exhibit 168 April 17, 2000 *The 1,000 Ranked Within Industries*, FORTUNE .....................................................................App. 1604–1636

Exhibit 169 Sept. 20, 2001 *Orange jury sets record for damages in asbestos lawsuit*, THE BEAUMONT ENTERPRISE ........................App. 1637–1639

Exhibit 170 Sept. 21, 2001, *Texas Jury Awards 5 Plaintiffs $130 Million Against NARCO, Dresser Industries for Exposure*, MEALEY'S LITIGATION REPORT ..............................App. 1640–1641

Exhibit 171 Oct. 28, 2001 *Asbestos case leads to $150M jury award*, THE CLARION-LEDGER.................................................App. 1642–1643

Exhibit 172 Oct. 29, 2001, *3M to appeal asbestos case ruling*, ASSOCIATED PRESS.................................................................App. 1644–1645

Exhibit 173 DEC. 7, 2001 *Halliburton Buried as Investors Stop Believing*, THESTREET.COM ..............................................................App. 1646

Exhibit 174 Dec. 8, 2001 *Halliburton Battered As Asbestos Verdict Stirs Deep Anxieties*, N.Y. TIMES............................................App. 1647–1649

Exhibit 175 Dec. 8, 2001 *Halliburton Battered As Asbestos Verdict Stirs Deep Anxieties*, INSURANCE INFORMATION INSTITUTE DATABASE............................................................App. 1650–1651

Exhibit 176 Dec. 10, 2001, *ABB Sags on Fears of Rising Asbestos Claims*, DOW JONES NEWSWIRES .............................................App. 1652–1654

Exhibit 177 Dec. 10, 2001 *Halliburton Analysis* (CNN Interview of Geoff Kiebutz of Salomon Smith Barney), CNNFN STREET SWEEP...........................................................................App. 1655–1657

Exhibit 178 Dec. 10, 2001 *Asbestos Claims*, DOW JONES NEWSWIRES ....................App. 1658–1660

Exhibit 179 Dec. 10, 2001 *Anxious Investors Sell Stock in Asbestos Defendants*, REUTERS NEWS ....................App. 1661–1663

Exhibit 180 Dec. 10, 2001 *Jury's Verdict of $30 Million on Asbestos Leads To Surge in Implied Volatility of Halliburton*, THE WALL STREET JOURNAL ....................App. 1664–1665

Exhibit 181 Dec. 13, 2001 *Asbestos Worries Snare Wider Range of U.S. Firms*, REUTERS NEWS ....................App. 1666–1669

Exhibit 182 Dec. 22, 2001 *Asbestos Exposure: How Well Are Companies Insulated?*, BARRON'S ....................App. 1670–1671

Exhibit 183 Jan. 16, 2002 *Asbestos Concerns Batter Shares of 3M*, REUTERS NEWS....................App. 1672–1674

Exhibit 184 Jan. 18, 2002 *Asbestos Casts Shadow Over US Corporations*, FINANCIAL TIMES....................App. 1675–1676

Exhibit 185 Feb. 11, 2002 *Dow Chemical Is Tight Lipped About Asbestos*, THE WALL STREET JOURNAL ....................App. 1677–1680

Exhibit 186 April 18, 2002 *Honeywell says asbestos verdict was more than it had disclosed*, N.Y. TIMES ....................App. 1681–1684

**<u>Affidavit of Andrée Bourgeois</u>**

Exhibit 187 Sept. 9, 2014 Affidavit of Andrée Bourgeois ....................App. 1685–1686

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on all counsel of record via the Court's ECF system on September 10, 2014.

s/ *Jessica B. Pulliam*
Jessica B. Pulliam