IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ERICA P. JOHN FUND, INC., *et al.*, § <br> On Behalf of Itself and All Others Similarly § <br> Situated, § <br>       Plaintiff, § <br> v. § <br> § <br> HALLIBURTON COMPANY and § <br> DAVID J. LESAR, § <br>       Defendants. § | No. 3:02-CV-1152-M |

## ORDER

Before the Court are Defendant Halliburton's Motion for an Order Protecting it from Plaintiff's Request for Testimony [Dkt. No. 576], Plaintiff's Response [Dkt. No. 582], and Halliburton's Reply [Dkt. No. 584]. The Motion is **GRANTED**, subject to Halliburton agreeing that the alleged oral and written statements of David J. Lesar and Douglas Foshee cited by Plaintiff are authentic.

**SO ORDERED**.

October 20, 2014.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS