UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ERICA P. JOHN FUND, INC., et al., *On Behalf of Itself and All Others Similarly Situated*,<br><br>Plaintiff,<br><br>vs.<br><br>HALLIBURTON COMPANY and DAVID J. LESAR,<br><br>Defendants. | CIVIL ACTION NO.: 3:02-CV-1152-M |

## ORDER

Before the Court is Patricia A. Magruder's Memorandum in Opposition to the Erica P. John Fund's Motion for Preliminary Approval of Class Action Settlement [ECF No. 796]. The Court ORDERS the Defendants to file, by March 17, 2017, a response to Magruder's Memorandum, not to exceed five pages. In particular, the Court requires the Defendants to address the ways in which, if at all, the Proposed Class Action Settlement would impact the claims asserted in the *Magruder* Case, No. 3:05-cv-01156-M.

**SO ORDERED.**

March 7, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE