UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ERICA P. JOHN FUND, INC., et al., *On Behalf of Itself and All Others Similarly Situated*,<br><br>Plaintiff,<br><br>vs.<br><br>HALLIBURTON COMPANY and DAVID J. LESAR,<br><br>Defendants. | CIVIL ACTION NO.: 3:02-CV-1152-M |

# ORDER

Before the Court is the Stipulation of Settlement [ECF No. 794] and the Motion for Preliminary Approval of Settlement, both filed by Lead Plaintiff The Erica P. John Fund, Inc. [ECF No. 795]. The Stipulation defines the "Class" as "all Persons . . . who purchased or otherwise acquired common stock of Halliburton Company between August 16, 1999 and December 7, 2001, inclusive." ECF No. 794 ¶ 1.19. However, the Stipulation further defines "Released Claims" as including claims that Lead Plaintiff or any other member of the Class "could have asserted from the beginning of time to the end of time in any forum that arise out of, relate to, are connected with, or are in any way based upon . . . the purchase, *ownership*, or sale of Halliburton Securities during the Class Period." *Id.* ¶ 1.37 (emphasis added). It appears that in exchange for the settlement amount, the Class is purporting to release all claims by anyone who purchased, sold, or *held* Halliburton common stock for claims for misleading or fraudulent conduct up to and including December 7, 2001.

To the Court, it appears that these provisions are inconsistent in scope. The Court ORDERS the parties to file by March 24, 2017, a joint response, not to exceed five pages, stating

their position concerning the Court's concern and whether any steps are necessary to correct this seeming inconsistency.

Furthermore, the Court ORDERS counsel for Patricia A. Magruder to inform the Court, by March 24, 2017, of the date(s) on which she acquired and disposed of shares of Halliburton common stock.

**SO ORDERED.**

March 21, 2017.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**