# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

A True Copy
Certified order issued Apr 26, 2018

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

———————

No. 15-11096

———————

ERICA P. JOHN FUND, INCORPORATED, On Behalf of Itself and All Others Similarly Situated, formerly known as Archdiocese of Milwaukee Supporting Fund, Incorporated,

        Plaintiff – Appellee

v.

HALLIBURTON COMPANY; DAVID J. LESAR,

        Defendants – Appellants

_____

LORI A. RUSSO, On Behalf of Herself and All Others Similarly Situated,

        Plaintiff

v.

HALLIBURTON COMPANY; DAVID J. LESAR,

        Defendants – Appellants

_____

ERNEST HACK, On Behalf of Himself and All Others Similarly Situated,

        Plaintiff

v.

HALLIBURTON COMPANY; DAVID J. LESAR,

        Defendants – Appellants

_____

No. 15-11096

POLAR INVESTMENT CLUB, On Behalf of Itself and All Others Similarly
Situated,

      Plaintiff

v.

HALLIBURTON COMPANY; DAVID J. LESAR,

      Defendants – Appellants

————————————

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 3:02-CV-1152-M

————————————

Before DAVIS, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:

On November 4, 2015, this Court issued an order granting the petition
filed by Defendants-Appellants, Halliburton Company and David J. Lesar, for
permission to appeal the district court's interlocutory order granting class
certification in this matter under Federal Rule of Civil Procedure 23(f).  The
parties subsequently notified the Court that a settlement of the underlying
securities class-action litigation had been reached.  The parties also filed a
motion, which this Court granted, requesting that this appeal be held in
abeyance pending the district court's final approval of the settlement.  The
district court has now issued a final approval of the class action settlement.
Accordingly, it is ORDERED that this appeal is DISMISSED AS MOOT.

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 26, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

        No. 15-11096    Erica P. John Fund, Inc. v. Halliburton
                        Company, et al
                        USDC No. 3:02-CV-1152
                        USDC No. 3:02-CV-1615
                        USDC No. 3:02-CV-2067
                        USDC No. 3:02-CV-2373

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686

cc w/encl:
     Mr. David Boies
     Mr. Brendan Peter Cullen
     Mr. Carl Edward Goldfarb
     Mr. Sverker Kristoffer Hogberg
     Ms. Kim Elaine Miller
     Mr. Aaron Michael Streett
     Mr. Emery Lawrence Vincent