IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ERICA P. JOHN FUND, INC., et al., §<br>*on Behalf of Itself and All Others Similarly* §<br>*Situated*, §<br>  §<br>  Plaintiffs, §<br>  §<br>v. §<br>  §<br>HALLIBURTON COMPANY and §<br>DAVID J. LESAR, §<br>  §<br>  Defendants. §  | Civil Action No. 3:02-cv-1152-M |

# FINAL JUDGMENT

On April 25, 2018, the Court granted Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation. (ECF No. 844). Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED WITH PREJUDICE**.

SO ORDERED.

June 4, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1